# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| The United States of America, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.   RDB-23-1999 |
| v. | : | |
| | : | |
| Carahsoft Technology Corp., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

## ORDER TO SHOW CAUSE FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATIVE DEMAND NO. 22-498

Upon the United States' petition under 31 U.S.C. § 3733(j) for an Order to Show Cause and for summary enforcement of Civil Investigative Demand (CID) No. 22-498 issued to respondent Carahsoft Technology Corp. (Carahsoft) and the papers submitted in connection with that petition;

IT IS HEREBY ORDERED that respondent Carahsoft show cause before this Court on October 3, 2023, or as soon thereafter as counsel may be heard, why an order should not be issued under 31 U.S.C. § 3733(j) directing Carahsoft to produce certain documents and information within fourteen (14) days pursuant to CID No. 22-498 and to fully comply with the CID within twenty (20) days of the issuance of such Order.

IT IS FURTHER ORDERED that on or before the close of business on September 12, 2023, the United States shall serve a copy of this Order, along with the declaration and memorandum of law submitted by the United States, on Carahsoft by sending those papers to Carahsoft's counsel at Blank Rome, LLP, (i) by email and (ii) by certified mail or Federal Express overnight delivery.

IT IS FURTHER ORDERED that any answering papers by respondent Carahsoft shall be filed and served on or before September 19, 2023; and

IT IS FURTHER ORDERED that any reply papers by the United States shall be filed and served on or before September 26, 2023.

IT IS SO ORDERED.

DATE:   September 8, 2023

_____
Richard D. Bennett
United States District Judge