IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| The United States of America, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-01999-RDB<br>) |
| Carahsoft Technology Corp., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT CARAHSOFT TECHNOLOGY CORP.'S MOTION TO SEAL ITS RESPONSE TO PLAINTIFF'S <u>PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND NO. 22-498</u>

Defendant Carahsoft Technology Corp. ("Carahsoft"), by and through its attorneys, hereby moves this Honorable Court, pursuant to Local Rule 105.11, for an order to seal Carahsoft's Response to Plaintiff's Petition to Enforce Civil Investigative Demand No. 22-498 and Exhibits A-V in support thereof [ECF No. 10], as the documents contain highly confidential information of Carahsoft and related parties, which would not be provided sufficient protection by any alternative to sealing. The U.S. Government has redacted references to Carahsoft and related parties in its filings in the above-captioned matter, and Carahsoft wishes to similarly protect the information in its filings. Thus, Carahsoft moves to file the above-referenced documents under seal.

Dated: September 19, 2023

Respectfully submitted,

/s/ *Victoria Ortega*
Victoria Ortega
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
victoria.ortega@blankrome.com

Tel: (202) 420-2235
Fax: (202 420-2201