IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| The United States of America, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:23-CV-01999 |
| v. | : | |
| | : | |
| Carahsoft Technology Corp., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT STATUS REPORT REGARDING COMPLETION OF DOCUMENT PRODUCTION**

    Pursuant to the Court's instructions on April 18, 2024, the United States and Carahsoft jointly file this proposed scheduling order regarding the completion of document production in response to Civil Investigative Demand ("CID") No. 22-498. The parties have agreed that Carahsoft will produce documents on a rolling basis and complete the production of all documents, including documents identified through the search term process to be agreed upon, in response to CID No. 22-498 on or before June 28, 2024.

Dated: April 23, 2024                                        Respectfully submitted,

                                                                                 /s/ William E. Lawler
                                                                                William E. Lawler III
                                                                                Richard Conway, *Pro Hac Vice*
                                                                                BLANK ROME LLP
                                                                                1825 Eye Street, NW
                                                                                Washington, D.C. 20006
                                                                                Tel: (202) 420-2235
                                                                                Fax: (202 420-2201
                                                                                william.lawler@blankrome.com
                                                                                richard.conway@blankrome.com

                                                                              *Counsel for Carahsoft Technology Corp.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EREK L. BARRON
United States Attorney

   /s/  Matt Haven
MATT HAVEN
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800
Matthew.Haven@usdoj.gov

JAMIE ANN YAVELBERG
SARA McLEAN
SAMSON O. ASIYANBI
VINCENT J. VACCARELLA
Commercial Litigation Branch
United States Department of Justice
175 N Street, N.E., Suite 9.224
Washington, D.C. 20002
(202) 353-1053
(202) 307-0418
Samson.Asiyanbi2@usdoj.gov
Vincent.J.Vaccarella@usdoj.gov

*Counsel for the United States of America*