Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 1 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 1 of 67

1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MARYLAND
 2                              NORTHERN DIVISION

 3      THE UNITED STATES OF AMERICA, )
                        Plaintiff,    )
 4                                    )
                  vs.                 )   CIVIL CASE NO.
 5                                    )   1:23-cv-01999-RDB
        CARAHSOFT TECHNOLOGY CORP.,   )
 6                  Defendant.        )
        _____)   2:37 p.m.
 7
                          TUESDAY, OCTOBER 17, 2023
 8                            Courtroom 5D
                            Baltimore, Maryland
 9
                         TRANSCRIPT OF PROCEEDINGS
10                          SHOW CAUSE HEARING
                  BEFORE THE HONORABLE RICHARD D. BENNETT
11
        For the Plaintiff:
12
        Samson Asiyanbi, Esquire and
13      Vincent J. Vaccarella, Esquire
        Department of Justice
14      Fraud Section
        175 N Street NE, Suite 9.224
15      Washington, DC 20002

16      Matthew A. Haven, Esquire
        US Attorney's Office District of Maryland
17      36 South Charles Street, Suite 400
        Baltimore, MD 21201
18
        For the Defendant:
19
        Richard J. Conway, Esquire and
20      Victoria Ortega, Esquire
        Blank Rome, LLP
21      1825 Eye Street NW
        Washington, DC 20006
22      _____

23          (Computer-aided Transcription of Stenotype Notes)
             Reported by: Amanda L. Longmore, RPR, FCRR
24              Federal Official Court Reporter
                 101 W. Lombard Street, 4th Floor
25               Baltimore, Maryland  21201
                        410-962-4474
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 2 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 2 of 67

2

Show Cause Hearing 10/17/23

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (Call to Order of Court.) |
| 3 | **THE COURT:**  This is calling the case of United States |
| 4 | versus Carahsoft Technology Corp., Civil Number RDB-23-1999. |
| 5 | This is a Show Cause Hearing in connection with a Show Cause |
| 6 | Order that I issued on September the 8th with respect to |
| 7 | compliance to a Civil Investigative Demand pursuant to an |
| 8 | investigation here as to the False Claims Act and an inquiry |
| 9 | being conducted by the Government. |
| 10 | This is not a criminal proceeding and there's been no |
| 11 | acknowledgment of wrongdoing by the defendant in this matter |
| 12 | but we have a situation here with respect to the service of a |
| 13 | Civil Investigative Demand and it is alleged there's been |
| 14 | noncompliance here with that and that has given rise to this |
| 15 | hearing. |
| 16 | I would note that the masking policies of this Court have |
| 17 | previously required that masks be worn in all public areas of |
| 18 | the courthouse.  That is no longer the case.  Masks are no |
| 19 | longer required, but it is still within the discretion of the |
| 20 | presiding judge.  Recently I have taken down some of the |
| 21 | Plexiglass this past week but I still have Plexiglass in front |
| 22 | of the jury box and around Ms. Longmore, the court reporter, |
| 23 | and around Mr. Carrick, the deputy courtroom clerk, and we |
| 24 | decided to also put Plexiglass around the podium back there to |
| 25 | just spread out the potential germ flow.  So I do inquire of |

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 3 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 3 of 67

3

Show Cause Hearing 10/17/23

1    the vaccination status of the parties and counsel before me.

2    We have sort of an honor system.  If one has not been

3    vaccinated, I just ask you so indicate and Mr. Carrick has

4    masks that can be worn and you just pull it down when you are

5    addressing the Court.

6        I have been fully vaccinated and received my third booster

7    yesterday so I am not wearing a mask, so I do inquire of the

8    vaccination status of those before me.  I don't mean to pry on

9    their personal life but I think it's important, so I conduct

10   that procedure.

11       So with that, if counsel will identify themselves for the

12   record, please.  First of all, on behalf of the Government.

13           MR. ASIYANBI:  Samson Asiyanbi for the United States.

14           THE COURT:  I'm sorry, Mr. -- I'm sorry, what?

15           MR. ASIYANBI:  Samson Asiyanbi for the United States.

16           THE COURT:  Yes, Mr. Asiyanbi.  Am I pronouncing your

17   name correctly?

18           MR. ASIYANBI:  Asiyanbi.

19           THE COURT:  Asiyanbi, okay.  It's nice to have you

20   here.  You are from the Fraud Section of Main Justice; is that

21   correct?

22           MR. ASIYANBI:  Yes, sir.

23           THE COURT:  It's nice to have you here.  Welcome.

24   Mr. Vincent Vaccarella, you are also from the Fraud Section; is

25   that correct?

Show Cause Hearing 10/17/23

1   MR. VACCARELLA:  That's correct, Your Honor.

2   THE COURT:  Nice to have you here as well.  Have both

3   of you been vaccinated?

4   MR. ASIYANBI:  I am fully vaccinated except for the

5   third booster that just came out.

6   MR. VACCARELLA:  Fully vaccinated but I don't have

7   the third booster.

8   THE COURT:  That's all right.  They're just coming

9   out now.  Don't worry about it.  That's fine.

10   And finally, we have Mr. Matthew Haven from the US

11   Attorney's Office.  Mr. Haven, nice to see you.

12   MR. HAVEN:  You as well.

13   THE COURT:  And you have been fully vaccinated,

14   correct?

15   MR. HAVEN:  Yes, sir.

16   THE COURT:  Nice to have all of you here.  And on

17   behalf of the defendant Carahsoft Technology Corporation, if

18   I'm pronouncing that correctly, we have with us attorneys from

19   Blank Rome, the office in Washington.  It's nice to have you

20   all here.  If you'll identify yourselves for the record,

21   please, and indicate your vaccination status.

22   MR. CONWAY:  Richard Conway, Blank Rome.  With me is

23   my colleague Victoria Ortega.  And I am fully vaccinated except

24   for the third booster.

25   THE COURT:  Yes.  Nice to see you, Mr. Conway.  I'm

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 5 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 5 of 67

5

Show Cause Hearing 10/17/23

1    not sure if any of you have been in my courtroom before.  I

2    know Mr. Haven has, perhaps, but it's nice to have all of you

3    here.  And Ms. Ortega, have you been fully vaccinated?

4              MS. ORTEGA:  Yes, I have, Your Honor.

5              THE COURT:  Thank you very much.  Let me just go over

6    where we are on this.  There appears that there are -- at first

7    it appears that there is really not a lot of dispute here and

8    there's been some recent production here, including, as I

9    understand it, according to Paper Number 16 in this case, there

10   had been a production as recently as yesterday, I believe, of

11   some -- I believe it was yesterday -- some 450,000 pages and

12   58,000 documents.  Is that correct, Mr. Conway?

13             MR. CONWAY:  That's correct, Your Honor.  Before we

14   go further, may I raise two points for the Court?

15             THE COURT:  Sure.  Absolutely.

16             MR. CONWAY:  This is an open hearing.

17             THE COURT:  Yes.

18             MR. CONWAY:  And I want to let you know that I have

19   been asked by other entities that may or may not be involved in

20   this matter not to mention their names in open court.

21             THE COURT:  I understand.

22             MR. CONWAY:  And I have agreed to do so, so if there

23   are other entities that we need to talk about, I will talk

24   about them as Entity A or Entity B.

25             THE COURT:  That's perfectly fine.  I gather that, as

Show Cause Hearing 10/17/23

```
1    I understand it, in terms of the nature of your client's
2    business here, it is my understanding that essentially your
3    client either directly participates in contracts with the
4    Government with respect to information technology and
5    identification or that it coordinates with third-party
6    contractors as well in doing so.  And is that a reasonably
7    accurate lay terminology summary of that?
8              MR. CONWAY:  That is correct, Your Honor.  It can be
9    both a distributor and a reseller.
10             THE COURT:  Yes.  I understand.  I understand.  And I
11   don't really have any need -- we may go into the matter of -- I
12   know there's an issue as to the identification of employees.
13   Am I pronouncing the name correctly, Carahsoft?
14             MR. CONWAY:  Carahsoft is correct, Your Honor.
15             THE COURT:  Are there any representatives of
16   Carahsoft here today?
17             MR. CONWAY:  There are not.
18             THE COURT:  There doesn't have to be.  I'm just
19   verifying that there are not.
20             MR. CONWAY:  There are not.
21             THE COURT:  Okay.  Certainly we may be getting into
22   the matter of employees for Carahsoft to coordinate with
23   respect to Government agencies either selling directly or
24   acting as a reseller and distributor of ███████████████████
25   █████████, known as ████, I believe, in the papers, if I'm not
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 7 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 7 of 67

7

Show Cause Hearing 10/17/23

```
 1   mistaken.  But that may detail how difficult it would be to

 2   determine the names of certain employees, but I see no reason

 3   to identify other companies here at this point in time.

 4              MR. CONWAY:  That's fine, Your Honor.  Can I mention

 5   a second thing?

 6              THE COURT:  Sure.  Just as to that first thing,

 7   Mr. Asiyanbi -- again, am I pronouncing your name correctly?

 8              MR. ASIYANBI:  Asiyanbi.

 9              THE COURT:  I'm sorry?

10              MR. ASIYANBI:  Asiyanbi.

11              THE COURT:  Asiyanbi, okay.  I'm sorry.  I apologize.

12              MR. ASIYANBI:  That's okay.  I've had many years of

13   practice.

14              THE COURT:  That's okay.  I don't see any reason why

15   the names of the companies need to be discussed here today, do

16   you?

17              MR. ASIYANBI:  Probably not, Your Honor.  As I told

18   Mr. Conway, we don't necessarily agree to it, but we don't

19   object.

20              THE COURT:  That's fine.  So that first item,

21   Mr. Conway, that's certainly a reasonable request on behalf of

22   those other companies, and that's fine.

23              MR. CONWAY:  The second item, Your Honor, is that

24   about an hour and a half ago or maybe two hours ago, I received

25   from Government counsel a proposed order to resolve this issue
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 8 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 8 of 67

8

Show Cause Hearing 10/17/23

1    of this hearing.

2              THE COURT:  Okay.

3              MR. CONWAY:  And I received it while I was on the

4    train coming here.  I reviewed it, sent it to my client.  Some

5    things I can agree to and some things I need to talk to my

6    client and the E-discovery people about, but I'm not in a

7    position to agree to everything today.  I wanted to bring to

8    your attention that the Government has proposed that order to

9    resolve this matter.

10             THE COURT:  Okay.

11             MR. CONWAY:  And but I --

12             THE COURT:  I don't think you need to agree to it and

13   we don't need to worry about the order because the result of

14   this will be that I will issue an order as to what people are

15   or are not going to do.  And to the extent that you all think

16   you can work it out, fine, but that's why we're having the

17   hearing today.

18             MR. CONWAY:  Thank you, Your Honor.

19             THE COURT:  So that's perfectly fine.  So with that,

20   let me just go over if I can, just for the record, this being a

21   matter of a public hearing here, that apparently the record

22   reflects that on June the 1st of last year, of 2022, the

23   Government served a Civil Investigation Demand, better known as

24   a CID, specifically Number 22-498, to Carahsoft Technology

25   Corporation seeking certain information regarding ███████

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 9 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 9 of 67

9

Show Cause Hearing 10/17/23

| | |
|---|---|
| 1 | ████████████████████████████████████████ |
| 2 | ████████████████████████████████████████ |
| 3 | ████████████████████████████████████████ |
| 4 | ████████████████████████ That's the thrust of the |
| 5 | investigation from my point of view reviewing the papers. |
| 6 | And then in July of this year, a length of 13 months |
| 7 | later, this summer the Government petitioned this Court for an |
| 8 | order directing Carahsoft to comply with that Civil |
| 9 | Investigative Demand. So it appears to be undisputed, for |
| 10 | whatever reason there's been a year and a month delay in terms |
| 11 | of these documents and these issues, so there hardly can be |
| 12 | said to be an issue of urgency here in light of the clear |
| 13 | chronology of this case. |
| 14 | On September the 8th, I entered an order requiring |
| 15 | Carahsoft to show cause before this Court why an order should |
| 16 | not be issued under the False Claims Act, under 31 United |
| 17 | States Code § 3733, directing the production of certain |
| 18 | documents and information. |
| 19 | I would note that the False Claims Act clearly provides |
| 20 | that as a tool that is utilized by the Government to recover |
| 21 | losses it believes has occurred as a result of fraud, and the |
| 22 | False Claims Act authorizes the Attorney General or his or her |
| 23 | designee before commencing a civil proceeding to issue a Civil |
| 24 | Investigative Demand upon any person who may be in possession, |
| 25 | custody, or control of any documentary material or information. |

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 10 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 10 of 67

10

Show Cause Hearing 10/17/23

1        So that is the thrust here of the hearing, and as I

2    understand it, the Carahsoft Technology Corporation is a

3    Government IT solutions producer, meaning that it either

4    distributes technology solutions directly to the Government or

5    coordinates with that distribution by other contractors.  And

6    before the Court is essentially the petition, the specific

7    petition -- I recognize that the initial petition was

8    unredacted and then the Government subsequently filed two

9    redacted versions of the petition, Paper Number 3 filed on July

10   27th, and Paper Number 5 filed on July 28th.  Essentially, I

11   will just refer to, I guess, the most relevant one at this

12   point in time.

13       So with that, let me see if I can just make any other

14   summaries here for the record before I hear from counsel on

15   this, and I will hear first from Government counsel and then

16   from the defense.  And it is my understanding that Carahsoft

17   has not opposed responding to the CID but contends that it has

18   substantially complied and made good faith efforts and does

19   contend that some of the requests are unreasonably broad or

20   unduly burdensome.  So that's the thrust of where we are here.

21       And I think that with that, we -- one of the last thing to

22   summarize where we are is that as to interrogatories in this

23   matter, there was -- as I understand it, it is contended that

24   Carahsoft has not responded to a single one of 13

25   interrogatories and in its responsive pleading Carahsoft has

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 11 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 11 of 67

11

Show Cause Hearing 10/17/23

1    requested that I approve a proposed schedule for interrogatory

2    response, which would be 30 days from the hearing in this

3    matter.  The Government would like it to be a shorter time

4    period, but as to that, I have no problem with the 30 days.

5        I do have a sense that we don't agree on what the scope of

6    the interrogatories should be, so while you are here in court

7    we're going to try to deal with, I think, or try to get some

8    focus on whether it's overly burdensome or not.  And then

9    furthermore, there is a request for documents and I believe

10   there is some 18 requests for documents over the last year and

11   we will need to resolve the time period on that in terms of

12   what records are being sought.

13       So I think that that's a reasonably accurate summary of

14   where we are.  And having said that, I'll be glad to hear first

15   from Government counsel on this and where the Government

16   counsel believes we are and then I'll hear from defendant's

17   counsel and we will proceed.

18       By the way, you can stand at the table or at the podium,

19   whatever makes you more comfortable.  You're free to do

20   whatever.

21            MR. ASIYANBI:  Thank you, Your Honor.

22            THE COURT:  Yes, Mr. Asiyanbi.

23            MR. ASIYANBI:  With the Court's indulgence, I'd like

24   to begin with the interrogatories because I think that's the

25   least controversial of the conversations that we are going to

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 12 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 12 of 67

12

Show Cause Hearing 10/17/23

1    have this afternoon.  On the one part, I don't recall

2    Mr. Conway having raised with us any objection to the language

3    of the interrogatory, so --

4             THE COURT:  Just pull that microphone a little bit

5    closer to you, if you would.  Thank you.  There you go.  Thank

6    you.

7             MR. ASIYANBI:  I was just saying that I don't recall

8    Mr. Conway ever raised any objection about the scope of the

9    interrogatories except that he just needs 30 days from the

10   hearing to respond to them, and I think the United States is

11   prepared to consent to a 30-day timeline to respond to the

12   interrogatories.

13            THE COURT:  Well, 30 days from today's date would be

14   Friday, November the 17th.  I would note that I thought that I

15   picked up -- and this may be as to a document request -- but I

16   thought that there has been some issue, and I'm not sure it's

17   in a document request or an interrogatory, with respect to

18   Carahsoft not yet identifying the employees who are likely to

19   have relevant documents.

20            MR. ASIYANBI:  Your Honor's recollection is correct.

21            THE COURT:  Okay.  And I think we need to address

22   that, and I know that from Carahsoft's point of view there has

23   been some contention as to overbreadth as to that.  It did

24   catch my eye that some of the information the Government has

25   sought, but this is in a document request, is with respect to

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 13 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 13 of 67

13

Show Cause Hearing 10/17/23



1   ████████████████████████████████████, and I made a note

2   there.  And you'll find I tend to have a hot bench and ask

3   questions, so I'll allow you to engage.  When I was trying

4   cases, I got frustrated if you just argued and the judge didn't

5   respond one way or the other.  I either thought he or she has

6   already decided or they haven't read it.

7       So I think you'll see that -- Ms. Hudson, my law clerk,

8   has prepared me for this.  I have a little note saying, "What

9   difference does it make?"  I mean, the issue of the ████████

10  ████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████

12  ██████████████████  ████████████████████████████████████

13  ████████████████████████████████████████████████████

14  ████████████████████████.  That's what the inquiry is, is it

15  not?

16          MR. ASIYANBI:  That's correct, Your Honor.

17          THE COURT:  ████████████████████.

18          MR. ASIYANBI:  We are investigating ████████████.  And

19  the relevance, Your Honor, is that we can determine whether a

20  company like Carahsoft can pay damages and the extent of the

21  damages ████████████████████████████████████.

22          THE COURT:  Well, that's if they're liable.  That's

23  if they're liable.

24          MR. ASIYANBI:  That's if they're liable but that's

25  part of the analysis we have to conduct on the front end of --

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 14 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 14 of 67

14

Show Cause Hearing 10/17/23

1          THE COURT:  Well, let me just cut you off there.  I

2    understand exactly what you are saying, but it's up to the

3    Court and the adversarial process as to whether or not they are

4    liable.  And in this case, this is a nonjury case and you're

5    certainly entitled to that at some point in time, but I

6    don't -- in terms of keeping focus on documents here, I guess

7    we're sort of jumping ahead a little bit.

8          But just as I have a hard time believing Carahsoft can't

9    find out who the employees are who are relevant here and

10   Ms. Conway and Ms. Ortega's going to have to explain to me why

11   you can't specifically identify each and every employee who's

12   involved in these, I don't care whether it's 13 or 1300, it's

13   pretty clear that it's a multinational effort and it's fine,

14   but you can identify the employees.

15         The flip is it caught my attention with respect to

16   ████████████████████████████████████       ███████████████

17   ██████ is relevant in terms of whether there's a judgment and it

18   may be down the road, but in terms of these initial document

19   requests, I think that's a little bit of an overreach.  I think

20   it's a little bit of an overreach.

21         MR. ASIYANBI:  Your Honor, if we bring a case, we do

22   have to prove damages and that's why those documents can become

23   relevant, but to be sure, the dispute here is not about the

24   ████████████████████████████████████████████.  The dispute

25   is the e-mails.  You know, before we can actually get to

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 15 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 15 of 67

15

Show Cause Hearing 10/17/23

1    damages point, we have to prove or we have to even determine

2    for us whether there is a case here that requires enforcement.

3              THE COURT:  ███████████████████████████████████

4    ███████████████████████████████████████████████████████████

5    ███████████████████████████████████████████████████████████

6    ███████████████████████████████████

7              MR. ASIYANBI:  Correct.

8              THE COURT:  -- in terms of ██████████, okay?  But at

9    this point in time that is not going to include ████████

10   ██████████████████████████████████████████████

11   ████████████████████████████████████, the simple answer

12   is that you're not entitled to it yet.

13             MR. ASIYANBI:  Well, if that's where -- if the Court

14   decides that we're not entitled to that yet, we'll live with

15   it, but, you know --

16             THE COURT:  Well, I think you'll have to.  That's

17   right.  We're laughing here.  That's usually the way it works.

18   I'm just trying to zero right in on the facts of the matter.

19             MR. ASIYANBI:  That's a fair point.

20             THE COURT:  It's your time in the barrel on this

21   because Mr. Conway or Ms. Ortega is going to be in the barrel

22   in terms of why there's some delay on these names of these

23   employees.  Obviously you're entitled to get the names of

24   employees who dealt with either the Government or with these

25   other contractors.  I mean, it's not that complicated.

Show Cause Hearing 10/17/23

1          **MR. ASIYANBI:**  I think Mr. Conway would -- I assume

2    he'll be able to admit to you that over the course of our

3    conversations before we filed the petition, we've never raised

4    any concern about submitting to us ██████████████████████

5    ████████████████ .

6          **THE COURT:**  Okay.  That's fine.  That's good.

7          **MR. ASIYANBI:**  Our concern has always been with

8    e-mails.

9          **THE COURT:**  That's fine.

10          **MR. ASIYANBI:**  You know, our cases rise and fall on

11    whether we can collect the e-mails and review the e-mails and

12    determine whether there is conduct here.

13          **THE COURT:**  Sure.

14          **MR. ASIYANBI:**  Without that, you know, the ████████

15    not going to matter to us.

16          **THE COURT:**  That's exactly my point.

17          **MR. ASIYANBI:**  And we accept that, but we can't get

18    to the e-mails and we can't even make a determination in the

19    first instance whether we have a concern here that merits

20    making an enforcement decision.  And, you know, I think

21    Carahsoft's role in this, this is a ████████████████████████

22    ████████  and Carahsoft sits in a very prime position.  It

23    accounts for about ████████ percent of the Government's sale

24    for this product.  And not only that as the distributor, it

25    accounts for ████████████████████████ .

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 17 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 17 of 67

17

Show Cause Hearing 10/17/23

```
 1        So its unwillingness to produce the documents or its
 2   refusal to produce the documents we need has, in fact, stifled
 3   this investigation, prevented us from being able to advance the
 4   work, and it's wasted a lot of our resources in bringing this
 5   petition to enforce.
 6        It's essentially not a -- there's nothing remarkable about
 7   what we're asking for.  You can identify one request and delay
 8   the response to that request, which happens all the time when
 9   it comes to CID, and if Mr. Conway had come to us and said, I
10   want to delay responding to the request about ███████████
11   ██████, we would have said, fine, delay that, get us the e-mails
12   first.  But he hasn't been willing to do that and didn't do
13   that until after we filed the petition.  And once we filed the
14   petition, he produced to us 11,000 in the first tranche.  He
15   made another production to us just last Friday that consisted
16   of 58,000 documents.  And in both of those tranches, we still
17   have concerns that Carahsoft is not fully compliant.  And this
18   is borne out by multiple conversations with Mr. Conway to try
19   to resolve this matter and by looking at the documents they
20   produced to us.
21        So in the first tranche of documents they produced to us,
22   we looked at to say, okay, let's try to reconstruct a number of
23   ███████████ to see if we have all the documents for that
24   ███████.  And for virtually all the ███████ we looked at, we
25   didn't have enough of the documents.  For ██████████, as
```

Show Cause Hearing 10/17/23

```
 1    we noted in our reply brief to the Court, there was no document

 2    whatsoever.  On ██████████ that Carahsoft won for ██████████

 3    we have just four e-mails.

 4         And in spite of all of those things, when we went to

 5    Mr. Conway and explained to him that your process for

 6    collecting and producing documents to us is not adequate to

 7    respond to the CID, he balked at that.  He said, no, he's

 8    completed responding to the CID.  And on top of that, he

 9    produces 58,000 documents after telling us and after telling

10    the Court that it substantially responded to the CID.  And you

11    can't square those inconsistencies where you're telling the

12    Government that you've complied, you're telling the Court

13    you've complied, after you're told that you haven't complied

14    that you produce 58,000 documents and turn around and claim

15    that you've complied again.

16              THE COURT:  Well, let me just -- because we have a

17    lot of ground to cover here, and we're not in any hurry, but in

18    terms of the interrogatories, as I understand it and apparently

19    it was even as recently as maybe two hours ago, Mr. Conway sort

20    of suggested that there's been some suggested resolution here.

21         As to the interrogatories, it's my understanding, looking

22    at the papers filed, there are a total of, it appears --

23    actually it appears that there are, yes, 13 interrogatories,

24    okay, that are at issue here.  And looking at those in terms of

25    ██████████████████████████████████████████████████████████████
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 19 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 19 of 67

19
Show Cause Hearing 10/17/23

1    ████████████████, I don't think we're in an overbreadth

2    issue as to those, and as far as I'm concerned, looking at

3    those 13 interrogatories, the response should be made by

4    Friday, November the 17th.  Now, that's satisfactory to you as

5    to the interrogatories, correct?

6              MR. ASIYANBI:  Yes, Your Honor.

7              THE COURT:  Well, let's stay on those.  We'll get to

8    the documents in a minute.  Just one second.  Let me hear from

9    Mr. Conway.  Mr. Conway, on this -- you may be seated for a

10   minute, Mr. Asiyanbi.

11             MR. ASIYANBI:  Thank you.

12             THE COURT:  Mr. Conway, on this, or Ms. Ortega,

13   whoever's going to argue this point, the interrogatories which

14   are contained in the petition ECF Number 1, the interrogatories

15   providing ████████████████████████████████████████

16   ████████████████████████████████████████████████████

17   ████████████████████████████████████████████████.

18        I don't gather that you've made any strong objection to

19   those.  You just want to have more time and I'm certainly, in

20   light of the delay resulting from the Government for a period

21   of time, I think 30 days is perfectly appropriate.  Does that

22   meet your request or not?

23             MR. CONWAY:  30 days is fine, Your Honor.  The only

24   issue which we've raised about the Government's requests on the

25   interrogatories has to do with Interrogatories 5, 6, 7, 12, and

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 20 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 20 of 67

20

Show Cause Hearing 10/17/23

```
 1    13.
 2              THE COURT:  Wait one second.  5.
 3              MR. CONWAY:  5.
 4              THE COURT:  6.
 5              MR. CONWAY:  6.  7.
 6              THE COURT:  7.
 7              MR. CONWAY:  12.
 8              THE COURT:  12.
 9              MR. CONWAY:  13.
10              THE COURT:  13, okay.  And that issue, looking at
11   those, just for the record, provide ███████████████████████
12   ████████████████████████████████████████████████
13   ███████████  --
14              MR. CONWAY:  Right.
15              THE COURT:  -- that███████████████████████
16   ██████████████████████████████████████████████████
17   ██████████████████████████████████████████
18   ████████████████████████████████████████████████████
19   ███████████████████████████████████████████
20   █████████████████████████████████.
21        What is your objection to those?  That's sort of a general
22   summary to those five questions.
23              MR. CONWAY:  Our objection is that the CID -- and I
24   need to be careful here about names.
25              THE COURT:  That's fine.  Just do Company 1, 2, 3.
```

Show Cause Hearing 10/17/23

1    It doesn't make any difference.  That's fine.

2         MR. CONWAY:  The CID talks about certain products for

3    ▆▆▆▆▆ involving a certain ▆▆ program, ▆▆▆▆▆▆ program;

4    and yet 5, 6, 7, 12, and 13 do not relate to that program.  It

5    simply relates to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

6    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

7    ▆▆▆▆▆▆▆▆▆▆▆▆

8         THE COURT:  Well, I guess my question, when you say

9    the ▆▆▆▆▆▆▆ are you referring -- if I'm off base on this,

10   correct me.  Are we referring to the program referred to as

11   ▆▆, which is ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆?  Is that the

12   program you're talking about?

13        MR. CONWAY:  No.  The program is the ▆▆▆▆▆▆▆

14   ▆▆▆▆▆▆▆.

15        THE COURT:  ▆▆▆, okay.

16        MR. CONWAY:  ▆▆▆.

17        THE COURT:  ▆▆▆, okay.

18        MR. CONWAY:  Right.  And if you look at the

19   definition in the interrogatories and you look at Definition

20   13 -- and I don't want to say the companies' names here.

21        THE COURT:  Hold on one second.  I'm trying to wade

22   through the interrogatories.

23        MR. CONWAY:  Certainly.  It's on Page 7 of --

24        THE COURT:  I got it.  Hold on a second.

25        MR. CONWAY:  Okay.

Show Cause Hearing 10/17/23

```
 1              THE COURT:  Yes.  You're referring to the term
 2   ████████?
 3              MR. CONWAY:  Yes, I am.
 4              THE COURT:  Okay.
 5              MR. CONWAY:  And the CID is talking about an
 6   ██████████████████████████████████████████████████
 7   ████████████; yet, if you look at Interrogatories --
 8              THE COURT:  5, 6, 7, 12, and 13, you say it's broader
 9   than that?
10              MR. CONWAY:  It's much broader than that.  It refers
11   to ████████████████████████████.  If you read 5,
12   6, 7, 12, and 13, there's no reference in any of those to an
13   ████████████ ██████████████████.  And I will tell
14   the Court --
15              THE COURT:  Let me just cut right to the core of
16   this.  Mr. Asiyanbi, is there any difficulty with narrowing it
17   to ████████████████████ that's referenced in the
18   interrogatory?
19              MR. ASIYANBI:  Your Honor, counsel is entirely
20   incorrect.  If you look at Page 1 of the CID, it limits the
21   scope of the entire CID, and we've explained this to him
22   before.
23              THE COURT:  Okay.  It limits it to the ████████ that
24   he's referring to, correct?  The term ████████ is then
25   defined for a number of definitions, Number 13.  So you agree
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 23 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 23 of 67

23
Show Cause Hearing 10/17/23

1    with Mr. Conway's point on this, correct?

2              MR. ASIYANBI:  Correct.  We told him multiple times

3    now that the scope of the CID is limited to the description of

4    the purpose of the CID.

5              THE COURT:  That's fine.  That's how it will be

6    interpreted.

7              MR. CONWAY:  That will be fine.  That's fine with us,

8    Your Honor.

9              THE COURT:  Okay.  That's fine.  And so can you get

10   all that information to the Government by Friday, November the

11   17th?

12             MR. CONWAY:  I believe we can, Your Honor.

13             THE COURT:  All right.  Okay.  So that resolves the

14   interrogatory issue, so I guess we're back now to the matter of

15   requests for documents.

16        Essentially, we have two main topics to deal with, do we

17   not, interrogatories and request for documents.  All right.

18   And as to that, it's my understanding that there's been

19   certainly some recent activity in terms of production of

20   documents.  Let me just go over the 18 document requests here.

21   Give me one minute.

22        (Pause in Proceedings.)

23             MR. ASIYANBI:  Your Honor, if you have a moment?

24        (Pause in Proceedings.)

25             THE COURT:  All right.  In terms of the document

Show Cause Hearing 10/17/23

1    requests, the documents are a total of 18 document requests in

2    the same document following the request for interrogatories.

3    And I'm not sure if I understand what the specific objections

4    are to these 18.

5          First of all, Mr. Conway, the Government has contended

6    there's been a lack of production and I know that apparently as

7    of yesterday there was a very significant production, but it's

8    contended here in its reply, the Government noted that two

9    weeks after the initial petition was filed, 13,733 documents

10   were produced including 11,637 e-mails, and then we now

11   apparently have another production of 450,000 pages and 58,000

12   in documents yesterday.  So I'm not sure where we are on this

13   document production but it's obviously increased in the shadow

14   of this proceeding.  So tell me what objections you have to the

15   document requests.

16          MR. CONWAY:  You are correct, Your Honor.  After

17   we -- the petition was filed, we've had a number of

18   conversations with Government counsel, and we understand their

19   concerns about the approaches we used in our methodology, and

20   we have decided to use their methodology.  We were using manual

21   approaches.  They wanted electronic approaches.  They wanted

22   search terms.  We had four or five custodians.  They wanted 23

23   custodians.  We used 30.

24          So for that reason we wound up running computer searches

25   and we wound up getting over 3 million hits, which we have now

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 25 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 25 of 67

25

Show Cause Hearing 10/17/23

1    reduced down to the 450,000 pages by using search terms, which

2    the Government asked us to do.  We asked the Government for

3    search terms.  They won't give us search terms, so we developed

4    our own search terms.

5              THE COURT:  Was that the reason for the six-month

6    delay in terms of search terms?

7              MR. CONWAY:  That's part of it, Your Honor.

8              THE COURT:  From January to July of this year?

9              MR. CONWAY:  That's part of it, yes.  Part of it was

10   formatting, and that was our fault.  When we formatted these

11   documents originally, we formatted them in a way that the

12   Government couldn't use them.  We formatted them the way that

13   we normally format them.  The Government wanted them formatted

14   in a different way.

15             THE COURT:  Okay.

16             MR. CONWAY:  And so we then went back and reformatted

17   them several times and provided them to the Government at the

18   end of the year and asked the Government to let us know if the

19   format was correct.  We didn't hear from the Government on that

20   for seven months.

21       What happened was, in July, late July, we get an e-mail

22   from Mr. Vaccarella saying they'd filed this petition.  So we

23   then talked to the Government about the petition, talked about

24   what their concerns are, what they wanted, and then we went

25   ahead and did it their way, not our way.

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 26 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 26 of 67

26

Show Cause Hearing 10/17/23

1    THE COURT:  Well, I think -- I suggest that, counsel,

2    one of the ways we'll deal with any six-month delays henceforth

3    is that Government counsel and defense counsel will submit a

4    status report every 30 days to the Court and that makes

5    everybody have it in their diary so it doesn't get lost, you

6    know.  We all know, you know, something gets off diary and it's

7    buried, whether it's in the private sector or the government

8    sector, when it gets off diary it just disappears until

9    somebody shakes the tree and says what happened.

10   Obviously there was a six-month delay and I think the way

11   to avoid that is that the order of the Court will reflect a

12   30-day status report each time and we'll just plow through

13   this.

14   MR. CONWAY:  And we're fine with that, Your Honor.

15   Government counsel has talked about the fact that we haven't

16   disclosed the Carahsoft employees who worked on this program.

17   THE COURT:  As limited and defined now as we've

18   just --

19   MR. CONWAY:  Yes.

20   THE COURT:  Yes.

21   MR. CONWAY:  We have, in fact, done that and we

22   submitted to the Court yesterday an Exhibit 2, which your court

23   clerk has, which is a list of all the employees involved.

24   THE COURT:  Right.

25   MR. CONWAY:  It's one page.

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 27 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 27 of 67

27

Show Cause Hearing 10/17/23

```
1            THE COURT:  That's ECF Number 16, and it was filed
2    yesterday.
3            MR. CONWAY:  This is Exhibit 2.
4            THE COURT:  Yes.  I'm taking a look here right now.
5            MR. CONWAY:  I have copies I can hand up if you want.
6            THE COURT:  I think I'm fine.  I think I'm fine.
7    Ms. Hudson has a whole notebook here for me.
8            MR. CONWAY:  It's Exhibit Number 2, one page.
9            THE COURT:  Yes.  Well, if not, we'll get it.  I
10   don't think I see the exhibit.  It's all right.  You've
11   essentially specified -- there it is.  Okay.  That's why it's
12   not in the notebook, okay.  That's fine.  Okay.  Thank you very
13   much, Mr. Carrick.
14       These were filed apparently yesterday and you have been
15   able to ███████████████████████████████████████████
16   ██████████████████, correct?
17           MR. CONWAY:  Yes, ████████████████████████████
18   ███████████████████████████████████████████████████████
19   ████████████████████████████████████████████████████████████
20   █████████████████████████████████████████████████████████
21   ██████████  ████████████████████████████████  ██████████
22   ████████████████████████████████████████████  ██████████
23   ███████████████████████  ███████████████████████████████
24   ██████████████████████████████████████████████
25   ███████████████████████████████████████.  So the Government
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 28 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 28 of 67

28

Show Cause Hearing 10/17/23

1    says we haven't given them this.  We have.

2              THE COURT:  Well, you've given it to them in the last

3    24 hours.

4              MR. CONWAY:  No, we gave it to them on Friday.  We

5    gave it to you yesterday.

6              THE COURT:  All right.  Well, Friday, and yesterday

7    was Monday.  Okay.  We're going to try to break this pattern of

8    document production in the shadow of court action.  But it

9    appears you do have that information now, correct,

10   Mr. Asiyanbi?  Is that correct?

11             MR. ASIYANBI:  We do, Your Honor, but this is

12   information we've been asking for since June of 2022.

13             THE COURT:  I understand.  Well, we had a six- or

14   seven-month delay there from January of 2023 to July of 2023

15   and there was no activity of any kind.

16             MR. ASIYANBI:  There is no activity from Carahsoft.

17   We've been trying to investigate this case and they've stalled

18   our investigation because they've refused to provide documents.

19             THE COURT:  Well, I understand.  I'm not going to

20   assess blame one way or the other.

21             MR. ASIYANBI:  Understood.

22             THE COURT:  From their point of view they asked for

23   search terms and then you didn't get back to them for six

24   months, but that's --

25             MR. ASIYANBI:  That's -- Your Honor, Mr. Conway is

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 29 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 29 of 67

29

Show Cause Hearing 10/17/23

```
 1    shading the truth and the accuracy of what occurred in this
 2    instance.  In a normal course of investig --
 3              THE COURT:  I'm not going to litigate that.
 4              MR. ASIYANBI:  I understand.
 5              THE COURT:  I really don't care.  I'm not casting
 6    blame on anyone.  That's why we're going to have 30-day status
 7    reports.  I'm not going to rely upon the Government in terms of
 8    your schedule.  You'll be on my schedule or the Court schedule
 9    and Carahsoft will be on the Court schedule and we'll have
10    30-day status reports so this six-month time lapse won't happen
11    again.  And that's fine.  I'm not casting aspersions either
12    way.  Either I'll do it or very likely we're going to have a
13    magistrate judge assigned to this matter in terms of monitoring
14    the compliance with the CIDs as we proceed forward.  That would
15    be agreeable to the Government, correct?
16              MR. ASIYANBI:  I think so, Your Honor.
17              THE COURT:  Mr. Conway, that would be agreeable to
18    you, would it not?
19              MR. CONWAY:  It is, Your Honor.
20              THE COURT:  Okay.  I'm not going to reassign the case
21    to another magistrate judge.  I've got the case in terms of
22    this is a bench trial but in terms of monitoring this, I think
23    it would be constructive we have 30-day status reports and a
24    magistrate judge will be assigned to deal with any discovery
25    issues going with compliance with this False Claims Act
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 30 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 30 of 67

30

Show Cause Hearing 10/17/23

```
 1    inquiry.  So that would be the best way to handle it seems to
 2    me.
 3              MR. ASIYANBI:  Can I make one modification to the
 4    scope conversation we were having earlier?
 5              THE COURT:  Sure.  Sure.
 6              MR. ASIYANBI:  I think Mr. Conway suggested that the
 7    scope of the CID relates to ██████████████, which is
 8    one of the key contracting vehicles that the ████████
 9    ██████ uses --
10              THE COURT:  Yes.
11              MR. ASIYANBI:  -- to purchase this sort of ████████
12    ████████.
13              THE COURT:  Right.
14              MR. ASIYANBI:  In fact, the CID ██████████████
15    ██.  The CID covers the purchases by ██████████████
16    ██████.  That's the limited principle within the CID.
17              THE COURT:  Okay.
18              MR. ASIYANBI:  Now, most of the ██ purchases --
19              THE COURT:  He's correct about the program involved,
20    though, correct?
21              MR. ASIYANBI:  Right.  He's correct about the program
22    involved.
23              THE COURT:  All right.
24              MR. ASIYANBI:  So most of the ██ purchases occurs
25    through ██.  I don't know the percentage, Your Honor.  It may
```

Show Cause Hearing 10/17/23

| | |
|---|---|
| 1 | be around 90 percent or 80 percent, but there's some purchases |
| 2 | that occurs through another vehicle called ███████████ |
| 3 | ███████████████████████████████████████████████ |
| 4 | ██████████████████████████ so long as it's █████████ |
| 5 | ████████ is the one purchasing it is within the scope of the CID |
| 6 | whether ███████████████████████████████████ -- |
| 7 | THE COURT:  I understand.  As long as it stays |
| 8 | limited to the particular program. |
| 9 | MR. ASIYANBI:  Yes, Your Honor.  As long as it stays |
| 10 | limited to the purchaser, in this instance the ████████ |
| 11 | ██████. |
| 12 | THE COURT:  Okay.  You agree with that, Mr. Conway? |
| 13 | MR. CONWAY:  I agree that the CID is limited to ███, |
| 14 | Your Honor. |
| 15 | THE COURT:  That's fine. |
| 16 | MR. ASIYANBI:  Sorry.  Your Honor, we just said two |
| 17 | different things. |
| 18 | THE COURT:  You agree -- Mr. Conway, this isn't |
| 19 | complicated.  The Government can file a CID -- Mr. Conway, for |
| 20 | one second -- in terms of looking at -- the Government can file |
| 21 | a CID tomorrow morning and they can adjust their request.  So |
| 22 | my point is to get this thing moving.  In terms of trying to |
| 23 | parse the definitions, it's not complicated.  The Government |
| 24 | can indicate what the CID says and if necessary they amend it |
| 25 | and issue another CID.  So I think the way to move on it is to |

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 32 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 32 of 67

32

Show Cause Hearing 10/17/23

1 | understand that what the terms mean and you've aptly noted the
2 | product that's involved and we stayed focused upon that, but I
3 | understand what the Government counsel's saying and to the
4 | extent you think that's not included in the CID, they can just
5 | modify it and amend it.
6 |          MR. CONWAY:  I don't think it's included in the --
7 |          THE COURT:  Then it now is.  Just file a CID and
8 | modify it.  It's as simple as that.  It's certainly relevant.
9 | I understand what the nature of this inquiry is.  This is an
10 | inquiry about ▮▮▮▮▮▮▮, plain and simple, correct?
11 |          MR. CONWAY:  That's what I understand.
12 |          THE COURT:  That's what it is.  ▮▮▮▮▮▮▮▮▮
13 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮
16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 | ▮▮▮▮▮▮   That's the inquiry.
18 |      So to the extent that we're trying to determine it's more
19 | narrowly placed, it's not more narrowly placed.  If you think
20 | that's the argument, I'll just tell Government counsel to file
21 | an amended CID.  That's the inquiry.  The inquiry has to do
22 | clearly with respect to account representatives, either with
23 | Carahsoft Technology Corp. or any involvement with other
24 | companies in terms of an ▮▮▮▮▮▮▮▮▮, okay?  That's
25 | where we are on it.

Show Cause Hearing 10/17/23

1          And to the extent that you're disagreeing upon the term

2    of -- the scope, I understand what the scope is and, if

3    necessary, the Government counsel can just file an amended CID

4    under the False Claims Act.  But I think that we're clear what

5    this case is and is not about.  I've already noted that it

6    doesn't mean you start trashing through all the ████████

7    ████████████████████████████████████████████████████████████████

8    ██████████████  ████████████████████████████████████████████████

9    ████████████████████████████████████  that you have noted

10   is what the inquiry is about.  In a nutshell, that's what the

11   inquiry is about.

12          MR. CONWAY:  Okay.  So as I understand it now, it's

13   ████  plus  ████?

14          MR. ASIYANBI:  It's purchases by the ██████████████

15   ██████  no matter which vehicle they use to purchase it.

16          MR. CONWAY:  Is that ████  or other things?

17          MR. ASIYANBI:  Well, ██████████████████.

18          MR. CONWAY:  ████████████?

19          MR. ASIYANBI:  Any purchasing vehicle that the

20   ██████████████████████████  used is within scope of the CID.

21          MR. CONWAY:  All right.  Is that what the Court wants

22   us to comply with?

23          THE COURT:  Yes.

24          MR. CONWAY:  Understood.

25          THE COURT:  The Government has a right to do that

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 34 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 34 of 67

34
Show Cause Hearing 10/17/23

```
 1    under the False Claims Act.  And I understand what the nature
 2    of it is, so if that's it, we'll have language to be suggested
 3    there to include that.  I mean, I'm going to give you time to
 4    comply with all this, but that's what's involved, yes.
 5            MR. CONWAY:  My only concern is that expands the
 6    scope of the CID.
 7            THE COURT:  It may.
 8            MR. CONWAY:  It does.
 9            THE COURT:  I'm not going to make a finding one way
10    or the other.
11            MR. CONWAY:  Just that means we're going to need more
12    time is what I'm trying to say.
13            THE COURT:  That's fine.  That's fine.  I mean, I'm
14    not so concerned with the time.  I'm concerned with -- I don't
15    want to say wasting the resources of the court.  It's very
16    clear to me what this case is about when you break it down.  It
17    is very simple.  It is a ████████████████████. ███
18    ████████████████████████████████████████    ███
19    ████████████████████████████████
20    ███████    I understand what it's about.  █████████████
21    ████████████████████████████████████████████
22    ███████████  █████████████████████
23    ██████████████████████████████████████
24        So to the extent that there's a modification of that, you
25    can take the appropriate steps, Mr. Asiyanbi, in terms of the
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 35 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 35 of 67

35

Show Cause Hearing 10/17/23

1   commercial litigation branch.  You're very experienced in this.

2   You can modify the CID, and that will be so modified and that

3   is the scope of the CID.  I'm not going to dictate to the

4   Government what the scope of their CID should be.  The issue

5   becomes the matter of reasonable time for you to comply.

6           MR. CONWAY:  Right.  My only point, Your Honor, it's

7   one you've made is, I just want to understand what the scope of

8   the CID is.  If it's the things Mr. Asiyanbi says, then send me

9   your revised CID and tell me that.

10          MR. ASIYANBI:  The scope I'm describing today is

11  already in the CID.  It's not new.  And we've, again, described

12  it to counsel a number of times in conversations like this.

13          THE COURT:  Well, the way to deal with that is to

14  submit a letter to the Court by tomorrow noting exactly what

15  the scope is, and the Government has every right to indicate

16  what the scope is.  Defense counsel has every right to note

17  whether it's overly broad or burdensome, and we'll deal with it

18  accordingly.  And then defense counsel has every right to ask

19  for more time on this.  I'm not assessing blame as to why there

20  was a delay from six months January to July of this year.  It

21  is what it is, but we're going to move forward with it.  That's

22  why we're going to have status reports every 30 days.

23          So where are we, then, with the interrogatories?  I've

24  said you have 30 days until Friday, November the 17th.  Does

25  that still work for you, Mr. Conway?

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 36 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 36 of 67

36

Show Cause Hearing 10/17/23

1          MR. CONWAY:  Well, I agree we need to get a letter

2     from Government counsel to the Court tomorrow specifying the

3     exact scope so that we understand.

4          THE COURT:  That's fine.

5          MR. CONWAY:  And I may need a little more time on the

6     interrogatories if the scope expands.

7          THE COURT:  That's fine.  I mean, quite frankly, you

8     can have until -- I guess you can have until Friday, December

9     the 1st if you want.  I don't care.  That'd be fine.  Whatever

10    you need.

11         MR. CONWAY:  We'll look at that, Your Honor.  That

12    will be helpful if we can get the letter tomorrow from

13    Government counsel.

14         THE COURT:  Well, I think my sense is we probably

15    should have the deadline for the response to interrogatories be

16    Friday, December the 1st.  I believe that's a Friday, is it

17    not, Russell?  December 1st is a Friday.  Friday, December 1st.

18         MR. CONWAY:  Fine, Your Honor.  Thank you.

19         THE COURT:  So that's fine.  So we've got the

20    interrogatories resolved.  We'll clarify the scope with respect

21    to the request for documents.  There's obviously been extensive

22    production recently.  And how much more time do you need on

23    that?

24         MR. CONWAY:  Well, I have -- as I've noted in my

25    papers, I have concerns with some of the Government's requests.

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 37 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 37 of 67

37

Show Cause Hearing 10/17/23

```
 1                    THE COURT:  Okay.  All right.  We can go through
 2        them.  Let's go through them.
 3                    MR. CONWAY:  I can.
 4                    THE COURT:  Among the 18, tell me which ones you have
 5        a concern about.
 6                    MR. ASIYANBI:  Are you talking about the proposed
 7        order or the request for documents?
 8                    MR. CONWAY:  I'm talking about your document requests
 9        and my concern in my response to your petition.
10                    THE COURT:  Yeah, just why don't you just address the
11        Court.  What are your concerns as to the document requests of
12        the 18?
13                    MR. CONWAY:  They are Number 3, Number 4, Number 6,
14        and Number 7.
15                    THE COURT:  Okay.  Of the 18, there's a concern as to
16        four of them.
17                    MR. CONWAY:  4, 3, 6, and 7, yes.
18                    THE COURT:  Now 3, documents sufficient to show your
19        ███████████████████████████████████████████████, that objection
20        is sustained.
21                    MR. CONWAY:  Okay.
22                    THE COURT:  We're not going down that path from the
23        Government counsel.  It's as simple as that.  The ████████████
24        ██████████████████████ is not relevant to the matter of the
25        inquiry on ██████████████ at this point in time.  It may be a
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 38 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 38 of 67

38

Show Cause Hearing 10/17/23



1   matter down the road but at least initially on a Civil

2   Investigation Demand, it's really not relevant and I've already

3   indicated that.  So that's a very broad request and that

4   objection is sustained as to that.

5           MR. CONWAY:  Number 4, ███████████████████

6   ████████████████████████████████████████████████

7   ████████████████████████████████████████████████

8   ██████████████    ████████████████████████

9           THE COURT:  And that is for the ████    ██████

10          MR. CONWAY:  No, that's for everything.  That's not

11  just ████████.

12          THE COURT:  I'm looking at the document request

13  specifically refers to ██████████████████████████████

14  ████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ██████████████.

17          MR. CONWAY:  Yes.

18          THE COURT:  You want it to just indicate in

19  connection with Government contracting.

20          MR. CONWAY:  If that's limited only to -- if that's

21  limited ████████████, that will be fine with us.

22          THE COURT:  All right.  Any problem with that right

23  now?

24          MR. ASIYANBI:  No, Your Honor.

25          THE COURT:  Okay.  That will be amended.  That

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 39 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 39 of 67

39

Show Cause Hearing 10/17/23



1   objection to the document request Number 3 is sustained.  The

2   document request Number 4 will be couched so that it --

3   ████████████████████████ related to ████████████████████,

4   not that it's just included, that is what the focus is,

5   strictly ████████, and that's fine.

6           MR. ASIYANBI:  Well, let me make this -- we're happy

7   to begin with ████████.  This process can be iterative and this

8   is what we've been asking for for quite a while.

9       As I tried to explain to the Court earlier, ████████████

10  ████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████   ████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████████

17  ████████████████████████

18           THE COURT:  We're going to limit it to ████████ for

19  now.

20           MR. ASIYANBI:  Okay.

21           THE COURT:  Okay.  That's fine.  And then Number 6.

22           MR. CONWAY:  6 and 7 are the same issue, Your Honor.

23           THE COURT:  We'll just limit it to ████████.

24           MR. CONWAY:  Yes, that will be fine.  If that's the

25  case, then my objection will be resolved.

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 40 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 40 of 67

40

Show Cause Hearing 10/17/23

```
 1              THE COURT:  All right.  That's fine.
 2              MR. ASIYANBI:  Can I --
 3              THE COURT:  And I've got this tagged here.  If you
 4    want me to tag this, I'll put a paperclip on it.
 5              MR. ASIYANBI:  Your Honor, can I respond to 6 and 7
 6    very quickly?
 7              THE COURT:  Sure.  Sure.
 8              MR. ASIYANBI:  I think limiting 6 and 7 to ▓▓▓▓▓
 9    would do a disservice to the Government's investigation because
10    I think some of the documents we need for this investigation
11    relates to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
12              THE COURT:  Right.
13              MR. ASIYANBI:  Those are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14    ▓▓▓▓▓, that's a limited principle, that relate to ▓▓▓▓▓
15    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, that's a limited principle, and
16    the only question is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
17    whether that's ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ some
18    ▓▓▓▓▓▓
19        Limiting it to only ▓▓▓▓▓ will actually cut short the
20    investigation in a way that doesn't allow us to follow the flow
21    of communications and be able to identify whether there's, in
22    fact, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  So we need those
25    communications that are co-occurring at the same time to be
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 41 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 41 of 67

41

Show Cause Hearing 10/17/23

1    able to have confidence that we have understanding about the

2    facts of the case, and limiting it to ▮▮▮▮▮▮ which counsel is

3    trying do would prevent us from doing that.

4                THE COURT:  Well, I don't know they're trying to

5    prevent you from doing it.  The purpose of this is for you all

6    to get the investigation over.

7                MR. ASIYANBI:  Yes, Your Honor.

8                THE COURT:  The purpose is to have a result.  And

9    we're trying to avoid six months of dead space because it gets

10   lost in a file somewhere.  So the purpose of is it to stay

11   focused so you can achieve a goal.

12               MR. ASIYANBI:  Correct.

13               THE COURT:  So the goal is not to investigate a far

14   broader swath and have it take three years as opposed to a year

15   and four months, okay, because then it becomes overly

16   burdensome.  It seems to me that to limit it to ▮▮▮▮▮▮ at this

17   point in time would be constructive to get information and then

18   remains to be seen whether or not you think there's additional

19   information that needs to be gained.

20               MR. ASIYANBI:  The challenge -- that's a possibility,

21   Your Honor, but the challenge is that when the ▮▮▮▮▮▮▮▮▮▮

22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 42 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 42 of 67

42
Show Cause Hearing 10/17/23

```
1        THE COURT:  I think the way to cut through this is
2   how many resellers are we talking about?
3        MR. ASIYANBI:  There are only ████ resellers, Your
4   Honor, just ██████
5        THE COURT:  Total?
6        MR. ASIYANBI:  Total.  And Carahsoft is --
7        THE COURT:  There are more resellers involved
8   generally but in this investigation there are just ████
9   resellers.
10        MR. ASIYANBI:  ██████ including Carahsoft, so there
11   are ██████████ and Carahsoft.
12        THE COURT:  Mr. Conway, I gather that Carahsoft deals
13   with a lot more than three resellers generally but just in this
14   case it only involves three resellers; is that right?
15        MR. CONWAY:  That is correct, and we deal with
16   hundreds of resellers.
17        THE COURT:  All right.  Well, I mean, I'm just
18   presuming that in the universe, apart from this type of
19   investigation, there are far more than ████ resellers but the
20   focus here is upon ████ resellers in terms of whether or not
21   it's ██████ or any other contracts.
22        MR. CONWAY:  Well, as long as it's ████████ there are
23   ████ resellers.
24        THE COURT:  Okay.
25        MR. CONWAY:  Once you go beyond that there can be --
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 43 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 43 of 67

43

Show Cause Hearing 10/17/23

|     |     |
| --- | --- |
| 1 | it can explode. |
| 2 | **MR. ASIYANBI:**  Your Honor, we're only concerned about |
| 3 | ▆▆▆▆ resellers including Carahsoft.  So ▆▆▆ other resellers, |
| 4 | Carahsoft makes the ▆▆▆▆. |
| 5 | **THE COURT:**  You made it for ▆▆▆▆▆ or -- |
| 6 | **MR. ASIYANBI:**  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| 7 | ▆▆▆▆▆▆▆▆, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, there are |
| 8 | only ▆▆▆ resellers no matter what the vehicle is. |
| 9 | **THE COURT:**  Mr. Conway? |
| 10 | **MR. CONWAY:**  As long as it's limited to ▆▆▆▆▆ |
| 11 | there are only ▆▆▆ resellers.  Once you go beyond that |
| 12 | limiting scope of ▆▆▆▆, the number -- |
| 13 | **THE COURT:**  Forget about ▆▆▆▆ right now. |
| 14 | **MR. CONWAY:**  I'm sorry? |
| 15 | **THE COURT:**  This can be limited in scope to ▆▆▆ |
| 16 | specific resellers, correct? |
| 17 | **MR. ASIYANBI:**  Yes, Your Honor, and that's the -- |
| 18 | **THE COURT:**  That doesn't seem like that's |
| 19 | particularly onerous.  I don't know how much of the market the |
| 20 | ▆▆▆▆ resellers require, Mr. Conway, but it seems very simple, |
| 21 | the Government can specify, I know it's redacted here and we've |
| 22 | kept the names of the resellers out of this public proceeding, |
| 23 | but the Government can specify under seal the ▆▆▆ specific |
| 24 | resellers as to Request 6 and 7, and it's ▆▆▆▆▆▆▆ |
| 25 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and it's ▆▆▆ of |

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 44 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 44 of 67

44

Show Cause Hearing 10/17/23



1   them and it isn't just limited to ████.  No reason for us to

2   come back around and have to go through this a second time.  I

3   understand what the nature of it is.

4              MR. ASIYANBI:  We can also state that in our letter,

5   Your Honor.

6              THE COURT:  Well, you'll put it under seal.  Put it

7   under seal.

8              MR. ASIYANBI:  Yes, Your Honor.

9              THE COURT:  Essentially that provides the necessary

10  focus for you, Mr. Conway.  Your company, along with ████

11  other specified companies --

12             MR. CONWAY:  ████

13             THE COURT:  -- is under ████████████

14  ████████████████████████████████████████████████

15  ████████████████████████████████████.

16             MR. CONWAY:  I believe it's Carahsoft and ██ other

17  resellers, Your Honor.

18             THE COURT:  I can't define what it is.  The

19  Government contends there might be ████  I don't know.  I

20  don't know.  Whatever.  You all know your case.

21             MR. CONWAY:  If you say -- do you say it's Carahsoft

22  plus ████ or Carahsoft plus ████

23             MR. ASIYANBI:  There is Carahsoft, there are ████

24  ████████████.  There are subcontractors but the ████████

25  ████████████████████████████████

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 45 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 45 of 67

45

Show Cause Hearing 10/17/23

1    Carahsoft.

2             THE COURT:  Including Carahsoft.  Then it can be

3    limited in that fashion.  You can do it and they can put it

4    under seal and be so limited.  So it's not just limited to ███

5    ███ as to those ███ other resellers.  It's essentially

6    communications between your client and representatives of your

7    client and those resellers.

8             MR. CONWAY:  If we do that, we're going to need more

9    time because --

10            THE COURT:  I'm sure you would.  How much time do you

11   want?

12            MR. CONWAY:  Well, we ran the name of the primary

13   Company A through our system and we got 20 million hits.

14            THE COURT:  Okay.

15            MR. CONWAY:  So if we limit it to ███, we're there

16   now, but if we have to go beyond ███ to do resellers for other

17   programs ██████ -- correct?

18            THE COURT:  Mr. Conway, you keep inquiring of the

19   Government.  It's not complicated.  This is a ██████████

20   ████████████████████████████████████.  ██████   It

21   doesn't involve 10, 11, 20.  It involves ████ companies.

22   That's it.  And to the extent there are communications between

23   your client and those ████████companies, they're entitled to

24   have it.  Carahsoft can't ██████ by itself, so it's very

25   simple.  As to the matter of the ██████, it's not limited to

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 46 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 46 of 67

46

Show Cause Hearing 10/17/23

1    that as to those ■■ other companies.  The document Request 6

2    and 7 are appropriate, and any objection is overruled.

3        Now, we'll go over how much time you need.  You'll have

4    until December 1 in terms of response to interrogatories.  You

5    want to have until mid January on the document response?

6            MR. CONWAY:  Mid January would be fine, once I see

7    the Government's letter, but mid January will be fine, yes.

8            THE COURT:  We'll make it -- what day is January 15,

9    Russell?

10           THE CLERK:  That's a Monday.

11           THE COURT:  Okay, Monday.  Actually, I never make

12   deadlines on a Monday because it ruins people's weekends.  So I

13   see Ms. Ortega nodding in agreement on that because she winds

14   up having to spend all Saturday and Sunday -- we're laughing

15   here -- working on this, as well as Mr. Vaccarella would

16   prefer.  So we'll have deadlines on Fridays here so people can

17   then -- you know, my wife is reminding me to do that for 35

18   years, but that's another matter.  So we'll have the deadline

19   be Friday the 19th.

20           THE CLERK:  Yes.

21           THE COURT:  Friday, January 19th --

22           MR. CONWAY:  That's fine.

23           THE COURT:  -- of 2024.

24           MR. CONWAY:  That's fine, Your Honor.

25           THE COURT:  All right.  Any other issues that we need

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 47 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 47 of 67

47

Show Cause Hearing 10/17/23

1    to address?

2              MR. ASIYANBI:  Text messages, Your Honor.

3              THE COURT:  Text messages, okay.

4              MR. ASIYANBI:  Yes, sir.

5              THE COURT:  Okay.  Go ahead.

6              MR. ASIYANBI:  So initially, at the start of this

7    process, we identified four custodians to start with and said

8    provide to us text messages for those four custodians.

9    Mr. Conway's produced text messages for three of those

10   custodians, not four.  For the three custodians from whom he

11   produced text messages, only one of them has any substantive

12   contact.  For the one custodian where we received some level of

13   text messages, we received 4,000 text messages over a time

14   period of -- over a period of time.  So we don't know if that's

15   complete but nevertheless that's substantive.

16        For the other two custodians, one we only received I think

17   237 text messages, and for a third one we received maybe 26

18   text messages.  And for the third one, for example, the text

19   messages were received all started after we served the CID on

20   Carahsoft and after federal agents contacted its employees and

21   notified them of the investigation.  And counsel hasn't been

22   able to identify text messages prior to that time period for

23   the third custodian.  He hasn't produced a full set of text

24   messages for the second custodian and he hasn't produced any

25   text messages for any other custodians, even though within

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 48 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 48 of 67

48

Show Cause Hearing 10/17/23

 1   asking for those text messages since June of 2022.  So that's

 2   still outstanding as well.

 3            THE COURT:  Mr. Conway?

 4            MR. CONWAY:  Yes, Your Honor.  My understanding -- we

 5   have produced a number of text messages.  My understanding from

 6   Government counsel is that they want all text messages from

 7   four individuals, ████████████████████████████████

 8   █████████████████.  That's my understanding of what he wants,

 9   and we provided some of those.  We can provide more.  It's just

10   a question of going and getting the cell phones and digging

11   into them.

12            THE COURT:  That's fine.

13            MR. CONWAY:  And that's what the text messages are.

14            THE COURT:  You have plenty of time until mid January

15   to do that, correct?

16            MR. CONWAY:  Mid January will be fine.

17            THE COURT:  That's fine.  Any problems with that,

18   Mr. Asiyanbi?  Is that fine?

19            MR. ASIYANBI:  The timeline is fine.  The concern we

20   have, if he hasn't collected text messages up until now for

21   some of those custodians, some of those text messages may be

22   lost.  So we just want to place on the record that at some

23   point in time, at the appropriate time, if the United States

24   were to take enforcement action in this matter, we will seek --

25   we would ask the Court to make --

Show Cause Hearing 10/17/23

1          THE COURT:  Well, you are raising a spoliation issue

2     here is.  That what you're saying?

3          MR. ASIYANBI:  There is serious concern of

4     spoliation, Your Honor.

5          THE COURT:  Well, that's a little early in the game

6     to raise that now, I think.

7          MR. ASIYANBI:  I'm sorry?

8          THE COURT:  I said it's a little early in the game

9     here to be raising a spoliation issue now.

10          MR. ASIYANBI:  If I may explain.

11          THE COURT:  Sure.

12          MR. ASIYANBI:  With text messages, those messages

13     dissipate.  They just fall off the text messages, for lack of a

14     better way to put it.  So as soon as you know that you may have

15     text messages that are critical to an investigation, it's

16     important for the party to take serious steps to preserve those

17     text messages.

18          THE COURT:  Right.

19          MR. ASIYANBI:  When those text messages are not

20     preserved, one of three things could happen.  One, an employee

21     could leave the company.  That's already occurred at least with

22     three employees.  And once the employee leaves the company, it

23     becomes almost impossible to collect those text messages from

24     them.

25          Another thing that would happen, which happens to many of

Show Cause Hearing 10/17/23

1   us, is someone could just change the cell phone, and if you get

2   a new cell phone after the subpoena's been issued but before

3   the documents were collected, then some of those text messages

4   may never be retrievable again because the cell phone has been

5   changed.

6          And a third thing that can happen is, you know, because of

7   space limitation on the device, the cell phones could just

8   dissipate over time as they do.  You know, if you look at your

9   text messages, Your Honor, oftentimes you can't scroll too far

10  back up because those messages are no longer present on the

11  phone.

12         And so time becomes of essence and we did explain this to

13  Mr. Conway over a year ago that time is of the essence as to

14  those initial four custodians and time is also of the essence

15  with any other custodian who might have text messages within

16  the scope of the CID.  And to our knowledge, they haven't

17  collected text messages for those other custodians and that's

18  why spoliation is a serious concern.

19              THE COURT:  How many other custodians are there?

20              MR. ASIYANBI:  Well, right now we're 30.

21              THE COURT:  30 custodians of text messages.

22              MR. ASIYANBI:  Well, it may be less than 30 that have

23  text messages.  We know we have 30 for documents.

24              THE COURT:  All right.

25              MR. ASIYANBI:  And in the course of an investigation

Show Cause Hearing 10/17/23

```
 1    of this size, counsel would actually talk to those employees,

 2    people who are still with the company to figure out which one

 3    of them communicated by text and --

 4            THE COURT:  What is the request we're dealing with?

 5    Is this in the context of an interrogatory or request for

 6    production of documents?  What is the context of your inquiry

 7    in terms of the text messages?

 8            MR. ASIYANBI:  It's in the context of request for

 9    documents, and we know this because we know that a lot of the

10    employees do talk by text messages about the subject of our

11    investigation.

12            THE COURT:  And specifically, which one of the 18

13    request for documents addresses text messages?

14            MR. ASIYANBI:  It's all of them, Your Honor.  So

15    you can look at the definitions section of documents or

16    communications.

17            THE COURT:  Well, I understand, then, to the extent

18    that you're focusing upon certain employees or account

19    representatives, to the extent that you -- the definition A,

20    communication is used in the broadest sense permitted by Rule

21    26(b), 34(a), and 45(e) and means any transmission or exchange

22    of information orally or in writing.  That would include text

23    messages.  That's your point.

24            MR. ASIYANBI:  Yes, Your Honor, as does Number 3 as

25    well, definition of documents.
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 52 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 52 of 67

52

Show Cause Hearing 10/17/23

1          THE COURT:  Right.  Well, that's fine.  Mr. Conway

2  and Ms. Ortega may need more time on that, but I think at least

3  for now have that include text messages with those individuals

4  and that will be due by Friday, January 19th as well.

5          MR. ASIYANBI:  Thank you, Your Honor.

6          THE COURT:  All right.  Any other issues from the

7  point of view of the Government?

8          MR. ASIYANBI:  Just briefly regarding the documents.

9  Part of the challenges we've had over the past couple of months

10  is making sure that the process that Carahsoft is using to,

11  one, collect documents and to process those documents reflect

12  the process that's common in the practice in the industry,

13  that's just reliable, that's sensible, and that's likely to

14  capture all of the documents necessary for -- to respond to the

15  CID.  And up until now, we haven't received any description

16  that gives us comfort.  In fact, all of the explanation we've

17  gotten so far hasn't given us any comfort that the process is

18  adequate to respond.  Initially --

19          THE COURT:  I'm not sure if you understand -- you are

20  saying there aren't Bates stamp numbers to these documents?

21          MR. ASIYANBI:  No, no, no.  It's not that, Your

22  Honor.  It's, you know, initially, when we asked for search

23  terms for the documents, counsel said they were privileged and

24  wasn't going to produce them to us, and then we asked to

25  describe the process for collecting and processing documents,

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 53 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 53 of 67

53

Show Cause Hearing 10/17/23

1    and he pointed us to a passage in his response pleading to this

2    Court.  We explained that that passage doesn't adequately

3    describe a process for collecting and processing.

4         Let me give the Court an example.  When you collect

5    e-mails, you don't just go into your e-mail file and type in

6    words.  You actually go in the back end of those e-mails and

7    you collect all of the e-mails and then you search through it

8    through a process that's more technical than I have capacity

9    for.  And that's the process we described at the outset and

10   said, let's talk about this, you tell us what you're doing, if

11   we have concerns, we'll let you know.

12        Counsel hasn't been able to provide that to us before the

13   petition, he still hasn't provided it after the petition, and

14   that's another sticking point between the two of us, that there

15   isn't a process that's designed to fully respond to the CID and

16   what we anticipate is going to happen is January is going to

17   come, he's going to produce, I anticipate, tons of documents to

18   us and yet those tons of documents aren't going to fully

19   respond to the CID because they're not designed to respond

20   fully to the CID.  So the process matters just as much as the

21   volume does.

22             THE COURT:  Well, I guess the first step is, are you

23   dictating the process to be undertaken?

24             MR. ASIYANBI:  No, Your Honor.

25             THE COURT:  So what process do you want to be

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 54 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 54 of 67

54

Show Cause Hearing 10/17/23

```
1   undertaken?
2           MR. ASIYANBI:  In the initial instance we said, you
3   tell us what process you want to use, and if we have concerns,
4   we'll tell you what our concerns are.  We are agnostic as to
5   the process.  All we're saying is that --
6           THE COURT:  Well, stop.  Wait a minute.  If you don't
7   like it you come to the Court.  The Government doesn't make all
8   the decisions here, okay?  The Court will make the ultimate
9   decision.  That's why this matter is going to be assigned to a
10  magistrate judge.
11          MR. ASIYANBI:  Yes, Your Honor.
12          THE COURT:  Okay.  So you don't dictate how it's
13  going to work.  The magistrate judge will make a ruling as to
14  how it's going to work.
15          MR. ASIYANBI:  Yes, Your Honor.
16          THE COURT:  All right.
17          MR. ASIYANBI:  The last thing I'll say about that, I
18  have no objection whatsoever to what Your Honor said.
19          THE COURT:  Okay.
20          MR. ASIYANBI:  That makes a lot of sense to me.  The
21  only reason I come back to this question of process is if you
22  spend the time and resources and don't do it the right way the
23  first time around, then it takes more time and resources for
24  everyone involved, both the Government and the other side.  And
25  this is why oftentime both sides negotiate these things.
```

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 55 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 55 of 67

55

Show Cause Hearing 10/17/23

1      **THE COURT:**  Well, it seems to me, I thought for the

2   Court to dictate the process at this point in time, defense

3   counsel understands what their obligations are and they'll act

4   accordingly.  In terms of your concern what the process is, the

5   defense counsel, Blank Rome is a very reputable law firm,

6   they've been through massive ESI cases before and massive

7   document cases in terms of how they catalog and what they do.

8   You can determine what that process is.

9      At some point in time if you think it's deficient, you

10  just need to notify the Court that you need to have a hearing

11  on this because you think it's deficient.  You really can't

12  prove a negative.  You just have to wait and see what the

13  process is.

14     Mr. Conway, do you want to be heard on this?  I'm not

15  really sure what the objection is by the Government.

16     **MR. CONWAY:**  Well, neither am I, Your Honor.  We

17  outlined the process in our response to the Government that we

18  used.  The Government said they didn't like it.  They thought

19  it was not electronic enough.  It wasn't technical enough.  It

20  didn't use search terms.  They didn't like our process.

21     We talked with the Government and in order to get rid of

22  this dispute, we said, we'll do it your way, we'll do it

23  electronically, which is what the Government asked for.  We'll

24  use search terms.  We won't use four custodians, we'll use 30

25  custodians.  We gave you the list of those custodians and we'll

Show Cause Hearing 10/17/23

1    do all that.  That yielded over 3 million hits.  We then

2    applied search terms, that came down to 450,000 pages of

3    documents, just like the Government asked for.  I'm not sure

4    what else we could have done beyond what the Government says.

5    There's no requirement to the CID as to the process we are to

6    use here.  There's no stipulation, there's no requirement.

7             THE COURT:  That's correct.

8             MR. CONWAY:  So we use the best process we had, the

9    Government didn't like it, and that's the source of most of the

10   contention here, the Government doesn't like what we're doing.

11            THE COURT:  All right.

12            MR. CONWAY:  So we've rolled over to help the

13   Government out.

14            THE COURT:  The Government hasn't defined what they

15   want to have done, so that suffices.

16            MR. CONWAY:  Right.

17            THE COURT:  And if an issue is raised up later, the

18   Government can raise it and either it will be sustained or it

19   will be overruled.  It's as simple as that.  If you have a

20   specific suggestion, they can make it, but it's not up to the

21   Government to dictate what process is used.  It's up to the

22   Government to issue a Civil Investigative Demand and seek

23   compliance with it with reasonable deadlines, but I don't think

24   there's really an issue on the text messages at this point in

25   time.  Any other issues from the Government?

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 57 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 57 of 67

57

Show Cause Hearing 10/17/23

| | |
|---|---|
| 1 | **MR. ASIYANBI:** No, Your Honor. |
| 2 | **THE COURT:** Okay. Mr. Conway, any other issues from |
| 3 | your point of view? |
| 4 | **MR. CONWAY:** No, Your Honor. We just want to get the |
| 5 | Government's letter tomorrow so we can see. |
| 6 | **THE COURT:** Okay, that's fine. All right. With |
| 7 | that, I think we'll get a letter order out by tomorrow at the |
| 8 | end of the day. We'll get a letter order out tomorrow sort of |
| 9 | memorializing this as well as for the reasons set forth here on |
| 10 | the record, and the deadlines will be established in terms of |
| 11 | production for December 1 as to interrogatories and January 15 |
| 12 | as to document production. |
| 13 | I will tell you that we'll definitely have this matter be |
| 14 | assigned to a magistrate judge in terms of status reports every |
| 15 | 30 days to keep this matter on track, and if there are issues |
| 16 | to be raised, either here or on a Zoom conference or whatever |
| 17 | in terms of the cost to the litigants, we can do it accordingly |
| 18 | because it's a civil case, but I'll make sure that there's a |
| 19 | magistrate judge available and we'll have 30-day status reports |
| 20 | so we don't have any six months of dead space here. And I |
| 21 | think that's the way to go and it would provide appropriate |
| 22 | monitoring of this case at this point in time. |
| 23 | So there being nothing else further from Government or |
| 24 | defense counsel, thank you all very much, and this court stands |
| 25 | adjourned for the day. Thank you. |

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 58 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 58 of 67

58

Show Cause Hearing 10/17/23

1          MR. ASIYANBI:   Thank you, Your Honor.

2          MR. CONWAY:   Thank you, Your Honor.

3      (The proceedings concluded at 3:48 p.m.)

4              CERTIFICATE OF OFFICIAL REPORTER

5          I, Amanda L. Longmore, Registered Professional Reporter
   and Federal Certified Realtime Reporter, in and for the United
6  States District Court for the District of Maryland, do hereby
   certify, pursuant to 28 U.S.C. § 753, that the foregoing is a
7  true and correct transcript of the stenographically-reported
   proceedings held in the above-entitled matter and that the
8  transcript page format is in conformance with the regulations
   of the Judicial Conference of the United States.

9
                         Dated this 19th day of October 2023
10                            -S-
                         _____
11                       AMANDA L. LONGMORE, RPR, FCRR
                         FEDERAL OFFICIAL COURT REPORTER
12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 59 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 59 of 67

59

Show Cause Hearing 10/17/23

**$**

**$100,000** [1] -
13:11

**1**

**1** [6] - 13:11;
19:14; 20:25;
22:20; 46:4;
57:11
**10** [1] - 45:21
**11** [1] - 45:21
**11,000** [1] - 17:14
**11,637** [1] - 24:10
**12** [6] - 19:25;
20:7; 21:4; 22:8,
12
**13** [13] - 9:6;
10:24; 14:12;
18:23; 19:3;
20:1, 9-10;
21:4, 20; 22:8,
12, 25
**13,733** [1] - 24:9
**1300** [1] - 14:12
**15** [2] - 46:8;
57:11
**16** [2] - 5:9; 27:1
**17th** [4] - 12:14;
19:4; 23:11;
35:24
**18** [6] - 11:10;
23:20; 24:1, 4;
37:4, 12, 15;
51:12
**19th** [4] - 46:19,
21; 52:4; 58:9
**1st** [5] - 8:22;
36:9, 16

**2**

**2** [4] - 20:25;
26:22; 27:3, 8
**20** [2] - 45:13, 21
**2022** [3] - 8:22;
28:12; 48:1
**2023** [3] - 28:14;
58:9
**2024** [1] - 46:23
**22-498** [1] - 8:24
**23** [1] - 24:22
**237** [1] - 47:17
**24** [1] - 28:3
**26** [1] - 47:17
**26(b** [1] - 51:21
**27th** [1] - 10:10
**28** [1] - 58:6
**28th** [1] - 10:10

**3**

**3** [9] - 10:9; 20:25;
24:25; 37:13,
17-18; 39:1;
51:24; 56:1
**30** [18] - 11:2, 4;
12:9, 13; 16:23;
19:21, 23;
24:23; 26:4;
27:25; 35:22,
24; 50:20-23;
55:24; 57:15
**30-day** [6] - 12:11;
26:12; 29:6, 10,
23; 57:19
**31** [1] - 9:16
**34a** [1] - 51:21
**35** [1] - 46:17
**3733** [1] - 9:17
**3:48** [1] - 58:3

**4**

**4** [4] - 37:13, 17;
38:5; 39:2
**4,000** [1] - 47:13
**45(e** [1] - 51:21
**450,000** [4] - 5:11;
24:11; 25:1;
56:2
**470** [1] - 18:2

**5**

**5** [7] - 10:10;
19:25; 20:2;
21:4; 22:8, 11
**50** [1] - 16:23
**58,000** [5] - 5:12;
17:16; 18:9, 14;
24:11

**6**

**6** [14] - 19:25;
20:4; 21:4; 22:8,
12; 37:13, 17;
39:21; 40:5, 8;
43:24; 46:1

**7**

**7** [14] - 19:25;
20:5; 21:4, 23;
22:8, 12; 37:14,
17; 39:22; 40:5,
8; 43:24; 46:2
**70** [2] - 31:2;
39:12

**753** [1] - 58:6

**8**

**80** [2] - 31:1;
39:12
**8th** [2] - 2:6; 9:14

**9**

**90** [1] - 31:1

**A**

**A-b-o-d** [1] - 48:8
**able** [7] - 16:2;
17:3; 27:15;
40:21; 41:1;
47:22; 53:12
**Abod** [1] - 48:8
**above-entitled** [1]
- 58:7
**absolutely** [1] -
5:15
**accept** [1] - 16:17
**according** [1] -
5:9
**accordingly** [3] -
35:18; 55:4;
57:17
**account** [6] -
27:15, 17-18;
32:22; 34:23;
51:18
**accounts** [2] -
16:23, 25
**accuracy** [1] -
29:1
**accurate** [2] - 6:7;
11:13
**achieve** [1] -
41:11
**acknowledgmen
t** [1] - 2:11
**act** [1] - 55:3
**Act** [8] - 2:8; 9:16,
19, 22; 29:25;
33:4; 34:1;
44:13
**acting** [1] - 6:24
**action** [2] - 28:8;
48:24
**activities** [2] -
21:5; 22:6
**activity** [3] -
23:19; 28:15
**additional** [1] -
41:18
**address** [3] -
12:21; 37:10;

**47:1**
**addresses** [1] -
51:13
**addressing** [1] -
3:5
**adequate** [2] -
18:6; 52:18
**adequately** [1] -
53:2
**adjourned** [1] -
57:25
**adjust** [1] - 31:21
**admit** [1] - 16:2
**advance** [1] - 17:3
**adversarial** [1] -
14:3
**afternoon** [1] -
12:1
**agencies** [1] -
6:23
**agents** [1] - 47:20
**agnostic** [1] -
54:4
**ago** [4] - 7:24;
18:19; 50:13
**agree** [10] - 7:18;
8:5, 7, 12; 11:5;
22:25; 31:12,
18; 36:1
**agreeable** [2] -
29:15, 17
**agreed** [1] - 5:22
**agreement** [4] -
19:17; 20:11,
18; 46:13
**agreements** [2] -
18:25; 19:15
**ahead** [3] - 14:7;
25:25; 47:5
**alleged** [4] - 2:13;
13:17; 15:6;
32:24
**allow** [2] - 13:3;
40:20
**almost** [1] - 49:23
**Amanda** [1] - 58:5
**AMANDA** [1] -
58:11
**amend** [2] -
31:24; 32:5
**amended** [3] -
32:21; 33:3;
38:25
**amount** [1] -
37:23
**analysis** [1] -
13:25
**answer** [2] -
15:11; 39:11
**anticipate** [2] -

**53:16**
**apart** [1] - 42:18
**apologize** [1] -
7:11
**Applications** [2] -
6:24; 21:11
**applied** [1] - 56:2
**approaches** [2] -
24:19, 21
**appropriate** [5] -
19:21; 34:25;
46:2; 48:23;
57:21
**approve** [1] - 11:1
**aptly** [1] - 32:1
**areas** [1] - 2:17
**argue** [1] - 19:13
**argued** [1] - 13:4
**argument** [1] -
32:20
**ASIYANBI** [95] -
3:13, 15, 18, 22;
4:4; 7:8, 10, 12,
17; 11:21, 23;
12:7, 20; 13:16,
18, 24; 14:21;
15:7, 13, 19;
16:1, 7, 10, 14,
17; 19:6, 11;
22:19; 23:2, 23;
28:11, 16, 21,
25; 29:4, 16;
30:3, 6, 11, 14,
18, 21, 24; 31:9,
16; 33:14, 17,
19; 35:10; 37:6,
38:24; 39:6, 20;
40:2, 5, 8, 13;
41:7, 12, 20;
42:3, 6, 10;
43:2, 6, 17;
44:4, 8, 23;
47:2, 4, 6;
48:19; 49:3, 7,
10, 12, 19;
50:20, 22, 25;
51:8, 14, 24;
52:5, 8, 21;
53:24; 54:2, 11,
15, 17, 20; 57:1;
58:1
**Asiyanbi** [16] -
3:13, 15-16,
18-19; 7:7,
10-11; 11:22;
19:10; 22:16;
28:10; 34:25;
35:8; 48:18
**aspersions** [1] -
29:11

**assess** [1] - 28:20
**assessing** [1] -
35:19
**assigned** [4] -
29:13, 24; 54:9;
57:14
**assume** [1] - 16:1
**attention** [2] - 8:8;
14:15
**Attorney** [1] -
9:22
**Attorney's** [1] -
4:11
**attorneys** [1] -
4:18
**authorizes** [1] -
9:22
**available** [1] -
57:19
**avoid** [2] - 26:11;
41:9

**B**

**balked** [1] - 18:7
**barrel** [2] - 15:20
**base** [1] - 21:9
**based** [1] - 13:21
**Bates** [1] - 52:20
**become** [1] -
14:22
**becomes** [4] -
35:5; 41:15;
49:23; 50:12
**begin** [2] - 11:24;
39:7
**behalf** [3] - 3:12;
4:17; 7:21
**believes** [2] -
9:21; 11:16
**bench** [2] - 13:2;
29:22
**best** [2] - 30:1;
56:8
**better** [2] - 8:23;
49:14
**between** [4] -
40:22; 45:6, 22;
53:14
**beyond** [4] -
42:25; 43:11;
45:16; 56:4
**bid** [16] - 13:14,
17-18; 15:8;
32:10, 13, 16,
24; 34:17;
37:25; 40:22;
44:15; 45:19, 24
**bids** [3] - 9:2;
33:9; 34:19

Show Cause Hearing 10/17/23

billion [1] - 16:21
bit [4] - 12:4; 14:7, 19
blame [3] - 28:20; 29:6; 35:19
Blank [3] - 4:19, 22; 55:5
booster [4] - 3:6; 4:5, 7, 24
borne [1] - 17:18
box [1] - 2:22
branch [1] - 35:1
break [2] - 28:7; 34:16
brief [1] - 18:1
briefly [1] - 52:8
bring [2] - 8:7; 14:21
bringing [1] - 17:4
broad [3] - 10:19; 35:17; 38:3
broader [3] - 22:8, 10; 41:14
broadest [1] - 51:20
burdensome [4] - 10:20; 11:8; 35:17; 41:16
buried [1] - 26:7
business [5] - 6:2; 16:22; 39:12, 17

**C**

capacity [1] - 53:8
capture [1] - 52:14
Carahsoft [42] - 2:4; 4:17; 6:13, 16, 22; 8:24; 9:1, 8, 15; 10:2, 16, 24-25; 12:18; 13:20; 14:8; 16:22; 17:17; 18:2; 26:16; 28:16; 29:9; 32:15, 23; 38:6; 42:6, 10-12; 43:3; 44:16, 21-23; 45:1, 24; 47:20; 52:10
Carahsoft's [2] - 12:22; 16:21
care [3] - 14:12; 29:5; 36:9
careful [1] - 20:24
Carrick [3] - 2:23; 3:3; 27:13

case [19] - 2:3, 18; 5:9; 9:13; 14:4, 21; 15:2; 28:17; 29:20; 33:5; 34:16; 39:25; 41:2; 42:14; 44:20; 57:18, 22
cases [4] - 13:4; 16:10; 55:6
casting [2] - 29:5, 11
catalog [1] - 55:7
catch [1] - 12:24
caught [1] - 14:15
cell [5] - 48:10; 50:1, 4, 7
certain [8] - 7:2; 8:25; 9:3, 17; 21:2; 22:6; 51:18
certainly [8] - 6:21; 7:21; 14:5; 15:5; 19:19; 21:23; 23:19; 32:8
CERTIFICATE [1] - 58:4
Certified [1] - 58:5
certify [1] - 58:6
cetera [6] - 19:17; 20:20; 27:19; 33:8
challenge [2] - 41:20
challenges [1] - 52:9
change [1] - 50:1
changed [1] - 50:5
chart [1] - 27:24
chronology [1] - 9:13
CID [43] - 8:24; 10:17; 17:9; 18:7, 10; 20:23; 21:2; 22:5, 20-21; 23:3; 30:7, 14-16; 31:4, 13, 19, 21, 24-25; 32:4, 7, 21; 33:3, 20; 34:6; 35:2-4, 8-9, 11; 47:19; 50:16; 52:15; 53:15, 19-20; 56:5
CIDs [1] - 29:14
civil [5] - 2:4; 9:23; 44:14;

57:18
Civil [8] - 2:7, 13; 8:23; 9:8, 23; 38:1; 44:14; 56:22
claim [1] - 18:14
Claims [8] - 2:8; 9:16, 19, 22; 29:25; 33:4; 34:1; 44:13
claims [1] - 9:2
clarify [1] - 36:20
clear [4] - 9:12; 14:13; 33:4; 34:16
clearly [2] - 9:19; 32:22
clerk [3] - 2:23; 13:7; 26:23
CLERK [2] - 46:10, 20
client [6] - 6:3; 8:4, 6; 45:6, 23
client's [1] - 6:1
closer [1] - 12:5
Cloud [1] - 9:3
co [1] - 40:25
co-occurring [1] - 40:25
Code [1] - 9:17
colleague [1] - 4:23
collect [5] - 16:11; 49:23; 52:11; 53:4, 7
collected [3] - 48:20; 50:3, 17
collecting [3] - 18:6; 52:25; 53:3
comfort [2] - 52:16
comfortable [1] - 11:19
coming [2] - 4:8; 8:4
commencing [1] - 9:23
commercial [1] - 35:1
common [1] - 52:12
communicated [1] - 51:3
communication [1] - 51:20
communications [9] - 20:20; 34:22; 40:21, 25; 41:25;

43:25; 45:6, 22; 51:16
companies [12] - 7:3, 15, 22; 32:14, 16, 24; 34:19; 44:11; 45:20, 23; 46:1
companies' [1] - 21:20
company [9] - 13:20; 21:5; 22:6; 38:15; 39:3; 44:10; 49:21; 51:2
Company [4] - 20:25; 22:11, 13; 45:13
competing [1] - 20:15
complete [2] - 27:23; 47:15
completed [1] - 18:8
compliance [4] - 2:7; 29:14, 25; 56:23
compliant [1] - 17:17
complicated [4] - 15:25; 31:19, 23; 45:19
complied [5] - 10:18; 18:12, 15
comply [4] - 9:8; 33:22; 34:4; 35:5
computer [1] - 24:24
concern [11] - 16:4, 7, 19; 34:5; 37:5, 9, 15; 48:19; 49:3; 50:18; 55:4
concerned [4] - 19:2; 34:14; 43:2
concerns [8] - 17:17; 24:19; 25:24; 36:25; 37:11; 53:11; 54:3
concluded [1] - 58:3
conduct [3] - 3:9; 13:25; 16:12
conducted [1] - 2:9
Conference [1] - 58:8
conference [1] -

57:16
confidence [1] - 41:1
conformance [1] - 58:8
connection [2] - 2:5; 38:19
consent [1] - 12:11
consisted [1] - 17:15
conspired [1] - 9:1
constructive [2] - 29:23; 41:17
contact [1] - 47:12
contacted [1] - 47:20
contained [1] - 19:14
contend [1] - 10:19
contended [3] - 10:23; 24:5, 8
contends [2] - 10:17; 44:19
contention [2] - 12:23; 56:10
context [3] - 51:5, 8
contract [4] - 17:24; 18:2; 20:12, 16
contracting [8] - 30:7; 38:6, 8, 15, 19; 39:3
contractors [4] - 6:6; 10:5; 15:25; 38:14
contracts [11] - 6:3; 17:23-25; 19:1, 16; 20:18; 39:3; 40:11, 13; 42:21
control [1] - 9:25
controversial [1] - 11:25
conversation [1] - 30:4
conversations [5] - 11:25; 16:3; 17:18; 24:18; 35:12
CONWAY [97] - 4:22; 5:13, 16, 18, 22; 6:8, 14, 17, 20; 7:4, 23; 8:3, 11, 18; 19:23; 20:3, 5,

7, 9, 14, 23; 21:2, 13, 16, 18, 23, 25; 22:3, 5, 10; 23:7, 12; 24:16; 25:7, 9, 16; 26:14, 19, 21, 25; 27:3, 5, 8, 17; 28:4; 29:19; 31:13; 32:6, 11; 33:12, 16, 18, 21, 24; 34:5, 8, 11; 35:6; 36:1, 5, 11, 18, 24; 37:3, 8, 13, 17, 21; 38:5, 10, 17, 20; 39:22, 24; 42:15, 22, 25; 43:10, 14; 44:12, 16, 21; 45:8, 12, 15; 46:6, 22, 24; 48:4, 13, 16; 55:16; 56:8, 12, 16; 57:4; 58:2
Conway [35] - 4:22, 25; 5:12; 7:18, 21; 12:2, 8; 14:10; 15:21; 16:1; 17:9, 18; 18:5, 19; 19:9, 12; 24:5; 28:25; 29:17; 30:6; 31:12, 18-19; 35:25; 42:12; 43:9, 20; 44:10; 45:18; 48:3; 50:13; 52:1; 55:14; 57:2
Conway's [2] - 23:1; 47:9
coordinate [1] - 6:22
coordinates [2] - 6:5; 10:5
coordinating [1] - 9:2
copies [1] - 27:5
core [1] - 22:15
Corp [3] - 2:4; 32:15, 23
corporate [1] - 33:6
corporation [1] - 34:18
Corporation [3] - 4:17; 8:25; 10:2
correct [33] - 3:21, 25; 4:1, 14; 5:12; 6:8,

Show Cause Hearing 10/17/23

14; 12:20;
13:16; 15:7;
19:5; 21:10;
22:24; 23:1;
24:16; 25:19;
27:16; 28:9;
29:15; 30:19-21;
32:10; 41:12;
42:15; 43:16;
45:17; 48:15;
56:7; 58:7
**correctly** [4] -
3:17; 4:18; 6:13;
7:7
**cost** [1] - 57:17
**costs** [6] - 13:1,
10, 13; 14:16;
15:10; 37:19
**couched** [1] -
39:2
**counsel** [31] - 3:1,
11; 7:25; 10:14;
11:15-17; 22:19;
24:18; 26:1, 3,
15; 32:20; 33:3;
35:12, 16, 18;
36:2, 13; 37:23;
41:2; 47:21;
48:6; 51:1;
52:23; 53:12;
55:3, 5; 57:24
**counsel's** [1] -
32:3
**couple** [1] - 52:9
**course** [3] - 16:2;
29:2; 50:25
**Court** [31] - 2:2,
16; 3:5; 5:14;
9:7, 15; 10:6;
14:3; 15:13;
18:1, 10, 12;
22:14; 26:4, 11,
22; 29:8; 33:21;
35:14; 36:2;
37:11; 39:9;
48:25; 53:2, 4;
54:7; 55:2, 10;
58:6
**court** [7] - 2:22;
5:20; 11:6;
26:22; 28:8;
34:15; 57:24
**COURT** [188] -
2:3; 3:14, 16,
19, 23; 4:2, 8,
13, 16, 25; 5:5,
15, 17, 21, 25;
6:10, 15, 18, 21;
7:6, 9, 11, 14,
20; 8:2, 10, 12,

19; 11:22; 12:4,
13, 21; 13:17,
22; 14:1; 15:3,
8, 16, 20; 16:6,
9, 13, 16; 18:16;
19:7, 12; 20:2,
4, 6, 8, 10, 15,
25; 21:8, 15, 17,
21, 24; 22:1, 4,
8, 15, 23; 23:5,
9, 13, 25; 25:5,
8, 15; 26:1, 17,
20, 24; 27:1, 4,
6, 9; 28:2, 6, 13,
19, 22; 29:3, 5,
17, 20; 30:5, 10,
13, 17, 19, 23;
31:7, 12, 15, 18;
32:7, 12; 33:23,
25; 34:7, 9, 13;
35:13; 36:4, 7,
14, 19; 37:1, 4,
10, 15, 18, 22;
38:9, 12, 18, 22,
25; 39:18, 21,
23; 40:1, 3, 7,
12; 41:4, 8, 13;
42:1, 5, 7, 12,
17, 24; 43:5, 9,
13, 15, 18; 44:6,
9, 13, 18; 45:2,
10, 14, 18; 46:8,
11, 21, 23, 25;
47:3, 5; 48:3,
12, 14, 17; 49:1,
5, 8, 11, 18;
50:19, 21, 24;
51:4, 12, 17;
52:1, 6, 19;
53:22, 25; 54:6,
12, 16, 19; 55:1;
56:7, 11, 14, 17;
57:2, 6; 58:11
**Court's** [1] - 11:23
**courthouse** [1] -
2:18
**courtroom** [2] -
2:23; 5:1
**cover** [2] - 18:17;
32:13
**covered** [2] -
39:12, 16
**covers** [1] - 30:15
**criminal** [2] -
2:10; 44:14
**critical** [1] - 49:15
**current** [1] - 27:20
**custodian** [4] -
47:12, 23-24;
50:15

**custodians** [16] -
24:22; 47:7, 10,
16, 25; 48:21;
50:14, 17, 19,
21; 55:24
**custody** [1] - 9:25
**cut** [4] - 14:1;
22:15; 40:19;
42:1

## D

**damages** [4] -
13:20; 14:22;
15:1
**date** [1] - 12:13
**Dated** [1] - 58:9
**dates** [1] - 27:21
**days** [10] - 11:2,
4; 12:9, 13;
19:21, 23; 26:4;
35:22, 24; 57:15
**dead** [2] - 41:9;
57:20
**deadline** [2] -
36:15; 46:18
**deadlines** [4] -
46:12, 16;
56:23; 57:10
**deal** [7] - 11:7;
23:16; 26:2;
29:24; 35:13,
17; 42:15
**dealing** [1] - 51:4
**deals** [1] - 42:12
**dealt** [1] - 15:24
**December** [6] -
36:8, 16-17;
46:4; 57:11
**decided** [3] -
2:24; 13:6;
24:20
**decides** [1] -
15:14
**decision** [2] -
16:20; 54:9
**decisions** [1] -
54:8
**defendant** [2] -
2:11; 4:17
**defendant's** [1] -
11:16
**Defense** [8] - 9:2;
30:9, 16; 31:5,
11; 33:15, 20;
40:15
**defense** [7] -
10:16; 26:3;
35:16, 18; 55:2,
5; 57:24

**deficient** [2] -
55:9, 11
**define** [1] - 44:18
**defined** [3] -
22:25; 26:17;
56:14
**definitely** [1] -
57:13
**definition** [3] -
21:19; 51:19, 25
**Definition** [1] -
21:19
**definitions** [3] -
22:25; 31:23;
51:15
**delay** [10] - 9:10;
15:22; 17:7,
10-11; 19:20;
25:6; 26:10;
28:14; 35:20
**delays** [1] - 26:2
**Demand** [2] - 2:7,
13; 8:23; 9:9,
24; 38:2; 56:22
**Demands** [1] -
44:15
**Department** [8] -
9:2; 30:8, 15;
31:4, 10; 33:14,
20; 40:15
**deputy** [1] - 2:23
**describe** [2] -
52:25; 53:3
**described** [2] -
35:11; 53:9
**describing** [1] -
35:10
**description** [2] -
23:3; 52:15
**designed** [2] -
53:15, 19
**designee** [1] -
9:23
**detail** [1] - 7:1
**determination** [1]
- 16:18
**determine** [6] -
7:2; 13:19; 15:1;
16:12; 32:18;
55:8
**developed** [1] -
25:3
**device** [1] - 50:7
**diary** [3] - 26:5, 8
**dictate** [4] - 35:3;
54:12; 55:2;
56:21
**dictating** [1] -
53:23
**difference** [2] -

13:9; 21:1
**different** [2] -
25:14; 31:17
**difficult** [1] - 7:1
**difficulty** [1] -
22:16
**digging** [1] -
48:10
**directing** [2] - 9:8,
17
**directly** [3] - 6:3,
23; 10:4
**director** [2] -
27:18
**disagreeing** [1] -
33:1
**disappears** [1] -
26:8
**disclosed** [1] -
26:16
**discovery** [2] -
8:6; 29:24
**discretion** [1] -
2:19
**discussed** [1] -
7:15
**dispute** [4] - 5:7;
14:23; 55:22
**disservice** [1] -
40:9
**dissipate** [2] -
49:13; 50:8
**distributes** [1] -
10:4
**distribution** [1] -
10:5
**distributor** [3] -
6:9, 24; 16:24
**District** [2] - 58:6
**document** [22] -
12:15, 17, 25;
14:18; 18:1;
23:20, 25; 24:1,
13, 15; 27:25;
28:8; 37:8, 11;
38:12; 39:1;
46:1, 5; 55:7;
57:12
**documentary** [1] -
9:25
**documents** [52] -
5:12; 9:11, 18;
11:9; 12:19;
13:21; 14:6, 22,
24; 17:1, 16, 19,
21, 23, 25; 18:6,
9, 14; 19:8;
23:15, 17, 20;
24:1, 9, 12;
25:11; 28:18;

36:21; 37:7, 18;
38:13; 40:10;
43:24; 50:3, 23;
51:6, 9, 13, 15,
25; 52:8, 11, 14,
20, 23, 25;
53:17; 56:3
**DoD** [35] - 21:3;
22:23; 30:18,
24; 38:9, 16;
39:3, 5, 7,
10-11, 15-16,
18, 23; 40:8, 11,
17, 19, 23; 41:2,
16, 23, 25;
42:21; 43:5, 7,
10, 12-13; 44:1;
45:4, 17, 25
**DoD's** [1] - 41:21
**dollar** [1] - 16:21
**done** [3] - 26:21;
56:4, 15
**down** [8] - 2:20;
3:4; 14:18; 25:1;
34:16; 37:22;
38:1; 56:2
**drafted** [1] - 27:25
**due** [1] - 52:4

## E

**E-discovery** [1] -
8:6
**e-mail** [2] - 25:21;
53:5
**e-mails** [12] -
14:25; 16:8, 11,
18; 17:11; 18:3;
24:10; 34:23;
53:5
**early** [2] - 49:5, 8
**earned** [2] -
34:21; 37:24
**ECF** [2] - 19:14;
27:1
**effort** [1] - 14:13
**efforts** [1] - 10:18
**either** [10] - 6:3,
23; 10:3; 13:5;
15:24; 29:11;
32:22; 56:18;
57:16
**electronic** [2] -
24:21; 55:19
**electronically** [1]
- 55:23
**employed** [1] -
27:22
**employee** [4] -
14:11; 38:7;

Show Cause Hearing 10/17/23

| | | | | | |
|---|---|---|---|---|---|
| 49:20, 22 | exact [1] - 36:3 | federal [1] - 47:20 | formatting [1] - 25:10 | 23; 7:25; 8:8, 23; 9:7, 20; 10:3, 8, 15; 11:3, 15; 12:24; 15:24; 18:12; 19:1, 20; 20:16; 23:10; 24:5, 8, 18; 25:2, 12-13, 17-19, 23; 26:3, 15; 27:25; 29:7, 15; 31:19, 23; 32:3, 20; 33:3, 25; 35:4, 15; 36:2, 13; 37:23; 38:6, 14-15, 19; 43:21, 23; 44:19; 45:19; 48:6; 52:7; 54:7, 24; 55:15, 17-18, 21, 23; 56:3, 9-10, 13-14, 18, 21-22, 25; 57:23 | held [1] - 58:7 |
| employees [19] - 6:12, 22; 7:2; 12:18; 14:9, 14; 15:23; 26:16, 23; 27:20; 38:6, 14; 47:20; 49:22; 51:1, 10, 18 | exactly [3] - 14:2; 16:16; 35:14 | FEDERAL [1] - 58:11 | forth [1] - 57:9 | | help [1] - 56:12 |
| | example [2] - 47:18; 53:4 | Federal [1] - 58:5 | forward [2] - 29:14; 35:21 | | helpful [1] - 36:12 |
| | except [3] - 4:4, 23; 12:9 | figure [1] - 51:2 | four [10] - 18:3; 24:22; 37:16; 41:15; 47:7, 10; 48:7; 50:14; 55:24 | | henceforth [1] - 26:2 |
| | | file [7] - 31:19; 32:7, 20; 33:3; 41:10; 53:5 | | | hereby [1] - 58:6 |
| | exchange [1] - 51:21 | filed [12] - 10:8-10; 16:3; 17:13; 18:22; 24:9, 17; 25:22; 27:1, 14 | | | hits [3] - 24:25; 45:13; 56:1 |
| employment [1] - 27:21 | Exhibit [3] - 26:22; 27:3, 8 | | frankly [1] - 36:7 | | hold [2] - 21:21, 24 |
| end [4] - 13:25; 25:18; 53:6; 57:8 | exhibit [1] - 27:10 | | fraud [8] - 3:20, 24; 9:21; 13:11; 14:17 | | Honor [62] - 4:1; 5:4, 13; 6:8, 14; 7:4, 17, 23; 8:18; 11:21; 13:16, 19; 14:21; 19:6, 23; 22:19; 23:8, 12, 23; 24:16; 25:7; 26:14; 28:11, 25; 29:16, 19; 30:25; 31:9, 14, 16; 35:6; 36:11, 18; 38:24; 39:22; 40:5; 41:7, 21; 42:4; 43:2, 17; 44:5, 8, 17; 46:24; 47:2; 48:4; 49:4; 50:9; 51:14, 24; 52:5, 22; 53:24; 54:11, 15, 18; 55:16; 57:1, 4; 58:1 |
| | expands [2] - 34:5; 36:6 | finally [1] - 4:10 | | | |
| enforce [1] - 17:5 | expenses [6] - 13:1, 10, 13; 14:16; 15:10; 37:19 | fine [47] - 4:9; 5:25; 7:4, 20, 22; 8:16, 19; 14:13; 16:6, 9; 17:11; 19:23; 20:25; 21:1; 23:5, 7, 9; 26:14; 27:6, 12; 29:11; 31:15; 34:13; 36:4, 7, 9, 18-19; 38:21; 39:5, 21, 24; 40:1; 46:6, 22, 24; 48:12, 16-19; 52:1; 57:6 | free [1] - 11:19 | | |
| enforcement [3] - 15:2; 16:20; 48:24 | | | Friday [15] - 12:14; 17:15; 19:4; 23:10; 28:4, 6; 35:24; 36:8, 16-17; 46:19, 21; 52:4 | | |
| engage [1] - 13:3 | experienced [1] - 35:1 | | | | |
| entered [1] - 9:14 | explain [4] - 14:10; 39:9; 49:10; 50:12 | | Fridays [1] - 46:16 | | |
| Enterprise [2] - 21:3, 13 | | | front [2] - 2:21; 13:25 | | |
| entire [2] - 22:21; 39:12 | explained [3] - 18:5; 22:21; 53:2 | | frustrated [1] - 13:4 | | |
| entirely [1] - 22:19 | explanation [1] - 52:16 | | full [1] - 47:23 | | |
| entities [2] - 5:19, 23 | explode [1] - 43:1 | first [13] - 3:12; 5:6; 7:6, 20; 10:15; 11:14; 16:19; 17:12, 14, 21; 24:5; 53:22; 54:23 | fully [10] - 3:6; 4:4, 6, 13, 23; 5:3; 17:17; 53:15, 18, 20 | | |
| | extensive [1] - 36:21 | | | ground [1] - 18:17 | |
| entitled [6] - 14:5; 15:12, 14, 23; 45:23; 58:7 | extent [10] - 8:15; 13:20; 32:4, 12, 18; 33:1; 34:24; 45:22; 51:17, 19 | | | ▮▮ [7] - 31:2; 33:13, 16-17; 40:17, 23; 41:23 | guess [7] - 10:11; 14:6; 15:3; 21:8; 23:14; 36:8; 53:22 |
| Entity [5] - 5:24; 21:3, 5 | | | furthermore [1] - 11:9 | | |
| | eye [1] - 12:24 | five [3] - 20:22; 24:22; 41:22 | | ▮▮ [1] - 39:13 | |
| ▮▮ [48] - 21:14, 16-17; 22:7, 11, 13, 23; 30:7, 15, 25; 31:6, 13; 33:13, 17; 38:9, 11, 16, 21; 39:3, 5, 7, 10-11, 16, 18, 23; 40:8, 11, 17, 19, 23; 41:2, 16, 23, 25; 42:21; 43:5, 10, 12-13; 44:1; 45:5, 15-16, 25; 55:6 | **F** | flat [1] - 34:22 | **G** | | **H** |
| | | flip [1] - 14:15 | | | |
| | fact [7] - 15:4; 17:2; 26:15, 21; 30:14; 40:22; 52:16 | flow [2] - 2:25; 40:20 | gained [1] - 41:19 | | half [1] - 7:24 |
| | | focus [6] - 11:8; 14:6; 39:4; 42:20; 44:10, 24 | gaines [1] - 48:7 | | hand [2] - 27:5; 48:7 |
| | facts [2] - 15:18; 41:2 | | Gallagher [1] - 48:7 | | handle [1] - 30:1 |
| | fair [1] - 15:19 | | game [2] - 49:5, 8 | | happy [1] - 39:6 |
| | faith [1] - 10:18 | | gather [3] - 5:25; 19:18; 42:12 | | hard [1] - 14:8 |
| ESR [1] - 21:15 | fall [2] - 16:10; 49:13 | focused [2] - 32:2; 41:11 | General [1] - 9:22 | | hardly [1] - 9:11 |
| essence [3] - 50:12 | | focusing [1] - 51:18 | general [1] - 20:21 | | hardware [1] - 9:4 |
| essentially [9] - 6:2; 10:6, 10; 13:14; 17:6; 23:16; 27:11; 44:9; 45:5 | False [8] - 2:8; 9:16, 19, 22; 29:25; 33:4; 34:1; 44:13 | follow [1] - 40:20 | generally [2] - 42:8, 13 | | Haven [3] - 4:10; 5:2 |
| | | following [1] - 24:2 | germ [1] - 11:14 | | HAVEN [2] - 4:12, 15 |
| | false [1] - 9:1 | foregoing [1] - 58:6 | given [5] - 2:14; 27:21; 28:1; 52:17 | | hear [6] - 10:14; 11:14, 16; 19:8; 25:19 |
| | far [5] - 19:2; 41:13; 42:19; 50:9; 52:17 | forget [1] - 43:13 | glad [1] - 11:14 | | heard [11] - 55:14 |
| established [1] - 57:10 | fashion [1] - 45:3 | format [3] - 25:13, 19; 58:8 | goal [2] - 41:11, 13 | | hearing [10] - 2:5, 15; 5:16; 8:1, 17, 21; 10:1; 11:2; 12:10; 55:10 |
| et [6] - 19:17; 20:20; 27:19; 33:8 | fault [1] - 25:10 | formatted [4] - 25:10 | government [1] - 26:7 | | |
| | FCRR [1] - 58:11 | | Government [81] - 2:9; 3:12; 6:4, | | |

**E** (column 1 header), **F** (column 2), **G** (column 5), **H** (column 6)

**I**

| | |
|---|---|
| | identification [2] - 6:5, 12 |
| | identified [1] - 47:7 |
| | identify [10] - 3:11; 4:20; 7:3; 14:11, 14; 17:7; 27:15; 38:13; 40:21; 47:22 |
| | identifying [1] - 12:18 |
| | important [2] - |

Show Cause Hearing 10/17/23

3:9; 49:16
**impossible** [1] - 49:23
**include** [4] - 15:9; 34:3; 51:22; 52:3
**included** [3] - 32:4, 6; 39:4
**including** [7] - 5:8; 24:10; 38:15; 42:10; 43:3; 44:25; 45:2
**inconsistencies** [1] - 18:11
**incorrect** [1] - 22:20
**increased** [1] - 24:13
**indicate** [5] - 3:3; 4:21; 31:24; 35:15; 38:18
**indicated** [3] - 27:22; 38:3
**individuals** [3] - 27:15; 48:7; 52:3
**indulgence** [1] - 11:23
**industry** [1] - 52:12
**information** [12] - 6:4; 8:25; 9:18, 25; 12:24; 23:10; 28:9, 12; 38:5; 41:17, 19; 51:22
**initial** [5] - 10:7; 14:18; 24:9; 50:14; 54:2
**inquire** [2] - 2:25; 3:7
**inquiring** [1] - 45:18
**inquiry** [13] - 2:8; 13:14; 30:1; 32:9, 13, 17, 21; 33:10; 37:25; 51:6
**instance** [4] - 16:19; 29:2; 31:10; 54:2
**interpreted** [1] - 23:6
**interrogatories** [25] - 10:22, 25; 11:6, 24; 12:9, 12; 18:18, 21, 23; 19:3, 5, 13-14, 25;

21:19, 22; 22:7; 23:17; 24:2; 35:23; 36:6, 15, 20; 46:4; 57:11
**Interrogatories** [1] - 19:25
**interrogatory** [6] - 11:1; 12:3, 17; 22:18; 23:14; 51:5
**investig** [1] - 29:2
**investigate** [2] - 28:17; 41:13
**investigating** [3] - 13:18; 15:6; 43:7
**Investigation** [2] - 8:23; 38:2
**investigation** [20] - 2:8; 9:5; 13:13; 17:3; 22:6; 28:18; 34:17; 40:9, 20; 41:6; 42:8, 19; 44:14, 25; 45:20; 47:21; 49:15; 50:25; 51:11
**investigations** [1] - 34:18
**Investigative** [6] - 2:7, 13; 9:9, 24; 44:14; 56:22
**involve** [4] - 32:15; 34:18; 45:21
**involved** [16] - 5:19; 14:12; 18:25; 19:16; 26:23; 30:19, 22; 32:2; 33:8; 34:4, 20; 38:6, 14; 42:7; 54:24
**involvement** [1] - 32:23
**involves** [3] - 42:14; 45:20
**involving** [3] - 20:12; 21:3; 22:6
**issue** [20] - 6:12; 7:25; 8:14; 9:12, 23; 12:16; 13:9; 18:24; 19:2, 24; 20:10; 23:14; 31:25; 35:4; 39:22; 49:1, 9; 56:17, 22, 24
**issued** [3] - 2:6; 9:16; 50:2

**issues** [7] - 9:11; 29:25; 46:25; 52:6; 56:25; 57:2, 15
**IT** [1] - 10:3
**item** [2] - 7:20, 23
**iterative** [1] - 39:7
**itself** [2] - 22:11; 45:24

---

**J**

**January** [13] - 25:8; 28:14; 35:20; 46:5-8, 21; 48:14, 16; 52:4; 53:16; 57:11
**judge** [9] - 2:20; 13:4; 29:13, 21, 24; 54:10, 13; 57:14, 19
**judgment** [1] - 14:17
**Judicial** [1] - 58:8
**July** [8] - 9:6; 10:9; 25:8, 21; 28:14; 35:20
**jumping** [1] - 14:7
**June** [3] - 8:22; 28:12; 48:1
**jury** [1] - 2:22
**justice** [1] - 3:20

---

**K**

**keep** [2] - 45:18; 57:15
**keeping** [1] - 14:6
**kept** [2] - 32:14; 43:22
**key** [1] - 30:8
**kind** [1] - 28:15
**knowledge** [1] - 50:16
**known** [2] - 6:25; 8:23

---

**L**

**labeled** [1] - 27:20
**lack** [2] - 24:6; 49:13
**language** [2] - 12:2; 34:2
**lapse** [1] - 29:10
**last** [6] - 8:22; 10:21; 11:10; 17:15; 28:2; 54:17

**late** [1] - 25:21
**laughing** [2] - 15:17; 46:14
**law** [2] - 13:7; 55:5
**lay** [1] - 6:7
**least** [5] - 11:25; 34:19; 38:1; 49:21; 52:2
**leave** [1] - 49:21
**leaves** [1] - 49:22
**length** [1] - 9:6
**less** [1] - 50:22
**letter** [8] - 35:14; 36:1, 12; 44:4; 46:7; 57:5, 7
**level** [1] - 47:12
**liable** [4] - 13:22-24; 14:4
**life** [1] - 3:9
**light** [2] - 9:12; 19:20
**likely** [3] - 12:18; 29:12; 52:13
**limit** [4] - 39:18, 23; 41:16; 45:15
**limitation** [1] - 50:7
**limited** [18] - 23:3; 26:17; 30:14, 16; 31:8, 10, 13; 38:20; 40:14; 43:10, 15; 44:1; 45:3, 25
**limiting** [4] - 40:8, 19; 41:2; 43:12
**limits** [2] - 22:20, 23
**line** [3] - 39:12; 43:6
**list** [8] - 18:25; 19:15; 20:11, 17; 26:23; 55:25
**litigants** [1] - 57:17
**litigate** [1] - 29:3
**litigation** [1] - 35:1
**live** [1] - 15:14
**Longmore** [2] - 2:22; 58:5
**LONGMORE** [1] - 58:11
**look** [8] - 21:18; 22:7, 20; 27:4; 36:11; 50:8; 51:15
**looked** [2] - 17:22, 24
**looking** [7] -

**17:19; 18:21, 24; 19:2; 20:10; 31:20; 38:14
**losses** [1] - 9:21
**lost** [3] - 26:5; 41:10; 48:22

---

**M**

**magistrate** [1] - 29:13, 21, 24; 54:10, 13; 57:14, 19
**mail** [2] - 25:21; 53:5
**mails** [12] - 14:25; 16:8, 11, 18; 17:11; 18:3; 24:10; 34:23; 53:5
**main** [2] - 3:20; 23:16
**manual** [1] - 14:20
**manufacture** [1] - 38:8
**market** [2] - 9:3; 43:19
**Maryland** [1] - 58:6
**mask** [1] - 3:7
**masking** [1] - 2:16
**masks** [3] - 2:17; 3:4
**massive** [2] - 55:6
**material** [1] - 9:25
**matter** [29] - 2:11; 5:20; 6:11, 22; 8:9, 21; 10:23; 11:3; 13:12; 15:5, 18; 16:15; 17:19; 23:14; 29:13; 33:8, 15; 34:22; 35:5; 37:24; 38:1; 43:8; 45:25; 46:18; 48:24; 54:9; 57:13, 15; 58:7
**matters** [1] - 53:20
**Matthew** [1] - 4:10
**mean** [9] - 3:8; 13:9; 15:25; 32:1; 33:6; 34:3, 13; 36:7; 42:17
**meaning** [1] - 10:3
**means** [2] - 34:11;

51:21
**meet** [1] - 19:22
**memorializing** [1] - 57:9
**mention** [2] - 5:20; 7:4
**merits** [1] - 16:19
**messages** [39] - 47:2, 8-9, 11, 13, 17-19, 22, 24-25; 48:1, 5-6, 13, 20-21; 49:12, 15, 17, 19, 23; 50:3, 9-10, 15, 17, 21, 23; 51:7, 10, 13, 23; 52:3; 56:24
**methodology** [2] - 24:19
**microphone** [1] - 12:4
**mid** [5] - 46:5-7; 48:14, 16
**might** [2] - 44:19; 50:15
**million** [5] - 13:12; 18:2; 24:25; 45:13; 56:1
**minimum** [1] - 39:16
**minute** [4] - 19:8, 10; 23:21; 54:6
**mistaken** [1] - 7:1
**modification** [2] - 30:3; 34:24
**modified** [1] - 35:2
**modify** [3] - 32:5, 8; 35:2
**moment** [1] - 23:23
**Monday** [4] - 28:7; 46:10
**money** [1] - 37:24
**monitoring** [3] - 29:13, 22; 57:22
**month** [6] - 9:10; 25:5; 26:2, 10; 28:14; 29:10
**months** [8] - 9:6; 25:20; 28:24; 35:20; 41:9, 15; 52:9; 57:20
**morning** [1] - 31:21
**most** [6] - 10:11; 30:18, 24; 39:10, 17; 56:9

Show Cause Hearing 10/17/23

| | | | | | |
|---|---|---|---|---|---|
| move [2] - 31:25; 35:21 | 17:18; 23:2 | notebook [2] - 27:7, 12 | 58:4, 11 | own [1] - 25:4 | 11; 19:20; 47:14, 22 |
| moving [1] - 31:22 | **N** | noted [6] - 18:1; 24:8; 32:1; 33:5, 9; 36:24 | oftentime [1] - 54:25 | **P** | permitted [1] - 51:20 |
| MR [196] - 3:13, 15, 18, 22; 4:1, 4, 6, 12, 15, 22; 5:13, 16, 18, 22; 6:8, 14, 17, 20; 7:4, 8, 10, 12, 17, 23; 8:3, 11, 18; 11:21, 23; 12:7, 20; 13:16, 18, 24; 14:21; 15:7, 13, 19; 16:1, 7, 10, 14, 17; 19:6, 11, 23; 20:3, 5, 7, 9, 14, 23; 21:2, 13, 16, 18, 23, 25; 22:3, 5, 10, 19; 23:2, 7, 12, 23; 24:16; 25:7, 9, 16; 26:14, 19, 21, 25; 27:3, 5, 8, 17; 28:4, 11, 16, 21, 25; 29:4, 16, 19; 30:3, 6, 11, 14, 18, 21, 24; 31:9, 13, 16; 32:6, 11; 33:12, 14, 16-19, 21, 24; 34:5, 8, 11; 35:6, 10; 36:1, 5, 11, 18, 24; 37:3, 6, 8, 13, 17, 21; 38:5, 10, 17, 20, 24; 39:6, 20, 22, 24; 40:2, 5, 8, 13; 41:7, 12, 20; 42:3, 6, 10, 15, 22, 25; 43:2, 6, 10, 14, 17; 44:4, 8, 12, 16, 21, 23; 45:8, 12, 15; 46:6, 22, 24; 47:2, 4, 6; 48:4, 13, 16, 19; 49:3, 7, 10, 12, 19; 50:20, 22, 25; 51:8, 14, 24; 52:5, 8, 21; 53:24; 54:2, 11, 15, 17, 20; 55:16; 56:8, 12, 16; 57:1, 4; 58:1 | name [5] - 3:17; 6:13; 7:7; 19:17; 45:12 | nothing [4] - 17:6; 38:8; 57:23 | oftentimes [1] - 50:9 | p.m [1] - 58:3 | person [1] - 9:24 |
| | names [10] - 5:20; 7:2, 15; 15:22; 20:24; 21:20; 27:25; 32:14; 43:22 | notified [2] - 47:21 | once [5] - 17:13; 42:25; 43:11; 46:6; 49:22 | page [3] - 26:25; 27:8; 58:8 | personal [1] - 3:9 |
| | | notify [1] - 55:10 | one [36] - 3:2; 10:11, 21, 24; 12:1; 13:5; 17:7; 18:2; 19:8; 20:2; 21:21; 23:21; 26:2, 25; 27:8; 28:20; 30:3, 8; 31:5, 20; 34:9, 18-19; 35:7; 41:23; 47:11, 16-18; 49:20; 51:2, 12; 52:11 | Page [2] - 21:23; 22:20 | personnel [3] - 18:25; 19:16; 38:14 |
| | | noting [1] - 35:14 | | pages [4] - 5:11; 24:11; 25:1; 56:2 | petition [16] - 10:6, 9; 16:3; 17:5, 13-14; 19:14; 24:9, 17; 25:22; 37:9; 53:13 |
| | narrowing [1] - 22:16 | November [4] - 12:14; 19:4; 23:10; 35:24 | | Paper [3] - 5:9; 10:9 | |
| | narrowly [2] - 32:19 | Number [17] - 5:9; 8:24; 10:9; 19:14; 22:25; 27:1, 8; 37:13; 38:5; 39:1, 21; 51:24 | | paperclip [1] - 40:4 | petitioned [1] - 9:7 |
| | NASA [3] - 33:18; 39:14; 40:24 | | onerous [1] - 43:19 | papers [4] - 6:25; 9:5; 18:22; 36:25 | phone [4] - 50:1, 4, 11 |
| | nature [4] - 6:1; 32:9; 34:1; 44:3 | number [7] - 2:4; 17:22; 22:25; 24:17; 35:12; 43:12; 48:5 | ones [1] - 37:4 | parse [1] - 31:23 | phones [2] - 48:10; 50:7 |
| | necessarily [1] - 7:18 | numbers [1] - 52:20 | open [2] - 5:16, 20 | part [7] - 12:1; 13:25; 25:7, 9; 32:16; 52:9 | picked [1] - 12:15 |
| | necessary [4] - 31:24; 33:3; 44:9; 52:14 | nutshell [1] - 33:10 | opposed [2] - 10:17; 41:14 | participates [1] - 6:3 | place [1] - 48:22 |
| | need [23] - 5:23; 6:11; 7:15; 8:5, 12-13; 11:11; 12:21; 17:2; 20:24; 34:11; 36:1, 5, 10, 22; 40:10, 24; 45:8; 46:3, 25; 52:2; 55:10 | **O** | orally [1] - 51:22 | particular [2] - 22:17; 31:8 | placed [2] - 32:19 |
| | | object [1] - 7:19 | Order [2] - 2:2, 6 | particularly [1] - 43:19 | plain [1] - 32:10 |
| | | objection [12] - 12:2, 8; 19:18; 20:21, 23; 37:19; 38:4; 39:1, 25; 46:2; 54:18; 55:15 | order [12] - 7:25; 8:8, 13-14; 9:8, 14-15; 26:11; 37:7; 55:21; 57:7 | parties [2] - 3:1; 40:22 | pleading [2] - 10:25; 53:1 |
| | needs [2] - 12:9; 41:19 | | | partnership [1] - 20:12 | plenty [1] - 48:14 |
| | negative [1] - 55:12 | | organization [1] - 27:23 | partnerships [1] - 19:15 | Plexiglass [3] - 2:21, 24 |
| | negotiate [1] - 54:25 | objections [2] - 24:3, 14 | originally [1] - 25:11 | party [2] - 6:5; 49:16 | plow [1] - 26:12 |
| | negotiating [2] - 18:25; 19:16 | obligations [1] - 55:3 | Ortega [6] - 4:23; 5:3; 15:21; 19:12; 46:13; 52:2 | passage [2] - 53:1 | plus [3] - 33:13; 44:22 |
| | never [3] - 16:3; 46:11; 50:4 | obviously [4] - 15:23; 24:13; 26:10; 36:21 | | past [3] - 2:21; 27:20; 52:9 | podium [2] - 2:24; 11:18 |
| | nevertheless [1] - 47:15 | occur [1] - 31:3 | ORTEGA [1] - 5:4 | path [1] - 37:22 | point [26] - 7:3; 9:5; 10:12; 12:22; 14:5; 15:1, 9, 19; 16:16; 19:13; 23:1; 28:22; 31:22; 34:22; 35:6; 37:25; 41:17; 48:23; 51:23; 52:7; 53:14; 55:2, 9; 56:24; 57:3, 22 |
| | new [2] - 35:11; 50:2 | occurred [3] - 9:21; 29:1; 49:21 | Ortega's [1] - 14:10 | pattern [1] - 28:7 | |
| | nice [8] - 3:19, 23; 4:2, 11, 16, 19, 25; 5:2 | occurring [5] - 40:25; 41:22 | outlined [1] - 55:17 | Pause [2] - 23:22, 24 | |
| | | occurs [2] - 30:24; 31:2 | outset [1] - 53:9 | pay [1] - 13:20 | |
| | noncompliance [1] - 2:14 | October [1] - 58:9 | outside [1] - 40:11 | people [5] - 8:6, 14; 27:24; 46:16; 51:2 | pointed [1] - 53:1 |
| | nonjury [1] - 14:4 | OF [1] - 58:4 | outstanding [1] - 48:2 | people's [1] - 46:12 | points [1] - 5:14 |
| | normal [1] - 29:2 | Office [1] - 4:11 | overbreadth [2] - 12:23; 19:1 | percent [4] - 16:23; 31:1; 39:12 | policies [1] - 2:16 |
| | normally [1] - 25:13 | office [1] - 4:19 | overly [3] - 11:8; 35:17; 41:15 | percentage [1] - 30:25 | portion [1] - 39:13 |
| | note [6] - 2:16; 9:19; 12:14; 13:1, 8; 35:16 | officers [1] - 27:18 | overreach [2] - 14:19 | perfectly [3] - 5:25; 8:19; 19:21 | position [3] - 8:7; 16:22; 19:17 |
| MS [1] - 5:4 | | OFFICIAL [2] - | overruled [2] - 46:2; 56:19 | perhaps [1] - 5:2 | possession [1] - 9:24 |
| multinational [1] - 14:13 | | | | period [6] - 11:4, | possibility [1] - 41:20 |
| multiple [2] - | | | | | potential [1] - 2:25 |
| | | | | | practice [2] - |

Show Cause Hearing 10/17/23

7:13; 52:12
**prefer** [1] - 46:16
**prepared** [2] -
    12:11; 13:8
**present** [1] -
    50:10
**preserve** [1] -
    49:16
**preserved** [1] -
    49:20
**president** [1] -
    27:18
**presiding** [1] -
    2:20
**presuming** [1] -
    42:18
**pretty** [1] - 14:13
**prevent** [2] - 41:3,
    5
**prevented** [1] -
    17:3
**previously** [1] -
    2:17
**prices** [1] - 9:3
**primary** [1] -
    45:12
**prime** [2] - 16:22;
    44:24
**principle** [3] -
    30:16; 40:14
**private** [1] - 26:7
**privileged** [1] -
    52:23
**problem** [2] -
    11:4; 38:22
**problems** [1] -
    48:17
**procedure** [1] -
    3:10
**proceed** [2] -
    11:17; 29:14
**proceeding** [4] -
    2:10; 9:23;
    24:14; 43:22
**proceedings** [2] -
    58:3, 7
**Proceedings** [2] -
    23:22, 24
**process** [28] -
    14:3; 18:5; 39:7;
    47:7; 52:10-12,
    17, 25; 53:3,
    8-9, 15, 20, 23,
    25; 54:3, 5, 21;
    55:2, 4, 8, 13,
    17, 20; 56:5, 8,
    21
**processing** [2] -
    52:25; 53:3
**produce** [5] -

17:1; 18:14;
    52:24; 53:17
**produced** [9] -
    17:14, 20-21;
    24:10; 47:9, 11,
    23-24; 48:5
**producer** [1] -
    10:3
**produces** [1] -
    18:9
**producing** [1] -
    18:6
**product** [6] -
    16:24; 32:2;
    33:9; 40:14;
    41:25; 43:6
**production** [14] -
    5:8, 10; 9:17;
    17:15; 23:19;
    24:6, 11, 13;
    28:8; 36:22;
    51:6; 57:11
**Products** [2] -
    6:25; 21:11
**products** [3] -
    20:19; 21:2;
    41:22
**Professional** [1] -
    58:5
**profits** [7] - 13:1,
    10; 14:16;
    15:10; 33:7;
    34:21; 37:19
**program** [16] -
    21:3, 7, 9-10,
    12-13; 22:7, 11,
    13, 17; 26:16;
    30:19, 21; 31:8
**programs** [2] -
    30:12; 45:17
**prohibits** [1] -
    20:15
**projections** [1] -
    15:10
**pronouncing** [4] -
    3:16; 4:18; 6:13;
    7:7
**proposed** [4] -
    7:25; 8:8; 11:1;
    37:6
**prove** [3] - 14:22;
    15:1; 55:12
**provide** [8] -
    20:11, 16-17;
    28:18; 47:8;
    48:9; 53:12;
    57:21
**provided** [3] -
    25:17; 48:9;
    53:13

**provides** [2] -
    9:19; 44:9
**providing** [1] -
    19:15
**pry** [1] - 3:8
**public** [3] - 2:17;
    8:21; 43:22
**pull** [2] - 3:4; 12:4
**purchase** [3] -
    30:11; 33:15;
    40:16
**purchased** [1] -
    31:6
**purchaser** [1] -
    31:10
**purchases** [10] -
    30:15, 18, 24;
    31:1, 3; 33:14;
    39:9; 40:11, 14;
    43:7
**purchasing** [4] -
    31:5; 33:19;
    39:15; 41:21
**purpose** [4] -
    23:4; 41:5, 8, 10
**pursuant** [2] - 2:7;
    58:6
**put** [6] - 2:24;
    40:4; 44:6; 45:3;
    49:14

### Q

**questions** [2] -
    13:3; 20:22
**quickly** [1] - 40:6
**quite** [2] - 36:7;
    39:8

### R

**raise** [3] - 5:14;
    49:6; 56:18
**raised** [6] - 12:2,
    8; 16:3; 19:24;
    56:17; 57:16
**raising** [2] - 49:1,
    9
**ran** [1] - 45:12
**RDB-23-1999** [1] -
    2:4
**read** [2] - 13:6;
    22:11
**really** [7] - 5:7;
    6:11; 29:5; 38:2;
    55:11, 15; 56:24
**Realtime** [1] -
    58:5
**reason** [7] - 7:2,
    14; 9:10; 24:24;

25:5; 44:1;
    54:21
**reasonable** [3] -
    7:21; 35:5;
    56:23
**reasonably** [2] -
    6:6; 11:13
**reasons** [1] - 57:9
**reassign** [1] -
    29:20
**received** [9] - 3:6;
    7:24; 8:3; 47:12,
    16-17, 19; 52:15
**recent** [2] - 5:8;
    23:19
**recently** [4] -
    2:20; 5:10;
    18:19; 36:22
**recognize** [1] -
    10:7
**recollection** [1] -
    12:20
**reconstruct** [1] -
    17:22
**record** [8] - 3:12;
    4:20; 8:20;
    10:14; 20:11;
    48:22; 57:10
**records** [2] -
    11:12; 33:7
**recover** [1] - 9:20
**redacted** [3] -
    10:9; 20:12;
    43:21
**reduced** [1] - 25:1
**refer** [1] - 10:11
**reference** [1] -
    22:12
**referenced** [1] -
    22:17
**referred** [1] -
    21:10
**referring** [4] -
    21:9; 22:1, 24
**refers** [2] - 22:10;
    38:13
**reflect** [2] - 26:11;
    52:11
**reflecting** [1] -
    43:25
**reflects** [1] - 8:22
**reformatted** [1] -
    25:16
**refusal** [1] - 17:2
**refused** [1] -
    28:18
**regarding** [4] -
    8:25; 20:19;
    21:5; 52:8
**Registered** [1] -

58:5
**regulations** [1] -
    58:8
**relate** [3] - 21:4;
    40:13
**related** [2] - 9:4;
    39:3
**relates** [3] - 21:5;
    30:7; 40:11
**relating** [1] -
    39:11
**relevance** [1] -
    13:19
**relevant** [9] -
    10:11; 12:19;
    14:9, 17, 23;
    15:5; 32:8;
    37:24; 38:2
**reliable** [1] -
    52:13
**rely** [1] - 29:7
**remainder** [1] -
    16:25
**remains** [1] -
    41:18
**remarkable** [1] -
    17:6
**reminding** [1] -
    46:17
**remuneration** [1]
    - 20:17
**renewals** [1] -
    27:19
**reply** [2] - 18:1;
    24:8
**report** [3] - 26:4,
    12; 27:23
**reported** [1] -
    58:7
**reporter** [1] - 2:22
**REPORTER** [2] -
    58:4, 11
**Reporter** [2] -
    58:5
**reports** [6] - 29:7,
    10, 23; 35:22;
    57:14, 19
**representations**
    [1] - 34:23
**representative** [2]
    - 27:18
**representatives**
    [7] - 6:15; 27:16;
    32:22; 34:23;
    45:6; 51:19
**reputable** [1] -
    55:5
**Request** [2] -
    43:24; 46:1
**request** [23] -

7:21; 11:9;
    12:15, 17, 25;
    17:7, 10; 19:22;
    23:17; 24:2;
    31:21; 36:21;
    37:7; 38:3, 5,
    12; 39:1; 51:4,
    8, 13
**requested** [1] -
    11:1
**requests** [12] -
    10:19; 11:10;
    14:19; 19:24;
    23:15, 20; 24:1,
    15; 36:25; 37:8,
    11
**require** [1] - 43:20
**required** [2] -
    2:17, 19
**requirement** [2] -
    56:5
**requires** [1] - 15:2
**requiring** [1] -
    9:14
**reseller** [8] - 6:9,
    24; 20:16, 19;
    21:6; 22:2, 24
**resellers** [26] -
    42:2, 7, 9,
    13-14, 16,
    19-20, 23; 43:3,
    8, 11, 16, 20,
    22, 24-25;
    44:15, 17,
    24-25; 45:5, 7,
    16
**resolution** [1] -
    18:20
**resolve** [5] - 7:25;
    8:9; 11:11; 15:4;
    17:19
**resolved** [2] -
    36:20; 39:25
**resolves** [1] -
    23:13
**resources** [4] -
    17:4; 34:15;
    54:22
**respect** [9] - 2:6,
    12; 6:4, 23;
    12:17, 25;
    14:15; 32:22;
    36:20
**respond** [10] -
    12:10; 13:5;
    18:7; 40:5;
    52:14, 18;
    53:15, 19
**responded** [2] -
    10:24; 18:10

Show Cause Hearing 10/17/23

| | | | | | |
|---|---|---|---|---|---|
| responding [3] - 10:17; 17:10; 18:8 | Russell [2] - 36:17; 46:9 | send [1] - 35:8 sense [4] - 11:5; 36:14; 51:20; 54:20 | 51:1 software [3] - 9:3; 30:11; 39:10 solutions [2] - 10:3 | stay [2] - 19:7; 41:10 stayed [1] - 32:2 stays [2] - 31:7, 9 | 37:20; 38:4; 39:1; 56:18 swath [1] - 41:14 system [3] - 3:2; 21:14; 45:13 |
| response [9] - 11:2; 17:8; 19:3; 36:15; 37:9; 46:4; 53:1; 55:17 | **S** sale [2] - 16:23, 25 | sensible [1] - 52:13 sent [1] - 8:4 September [2] - | someone [1] - 50:1 sometimes [1] - 40:22 | step [1] - 53:22 steps [2] - 34:25; 49:16 sticking [1] - | Systems [2] - 6:24; 21:11 **T** |
| responsive [1] - 10:25 result [3] - 8:13; 9:21; 41:8 | sales [1] - 27:19 Samson [2] - 3:13, 15 | 2:6; 9:14 series [1] - 27:15 serious [3] - 49:3, | somewhere [1] - 41:10 soon [1] - 49:14 | 53:14 stifled [1] - 17:2 still [7] - 2:19, 21; | table [1] - 11:18 tag [1] - 40:4 tagged [1] - 40:3 |
| resulting [1] - 19:20 | [2] - 6:25; 21:11 satisfactory [1] - | 16; 50:18 served [2] - 8:23; 47:19 | sorry [3] - 7:4; 7:9, 11; 31:16; 43:14; 49:7 | 17:16; 35:25; 48:2; 51:2; 53:13 | talks [1] - 21:2 tax [5] - 13:12, 21; 15:11; 33:7; |
| retrievable [1] - 50:4 return [1] - 13:21 | 19:4 Saturday [1] - 46:14 | service [1] - 2:12 services [3] - 9:4; 20:19; 39:10 | sort [7] - 3:2; 14:7, 24; 18:19; 20:21; 30:11; | stipulation [1] - 56:6 stock [1] - 33:7 | 34:21 taxes [7] - 13:1, 10; 14:16, 24; |
| returns [4] - 13:12; 15:11; 33:7; 34:21 | schedule [8] - 11:1; 29:8; 39:14; 40:23 | set [2] - 47:23; 57:9 seven [2] - 25:20; | 57:8 sought [2] - 11:12; 12:25 | stop [1] - 54:6 storage [1] - 9:3 strictly [1] - 39:5 | 16:4; 17:11; 37:19 teaming [1] - |
| revenue [7] - 13:1, 9; 14:16; 15:9; 16:4; 17:10; 37:19 | Schedule [1] - 31:2 schedules [1] - 40:17 | 28:14 seven-month [1] - 28:14 several [1] - 25:17 | source [1] - 56:9 space [3] - 41:9; 50:7; 57:20 specific [6] - 10:6; | strong [1] - 19:18 subcontractors [1] - 44:24 | 19:15 technical [2] - 53:8; 55:19 Technology [6] - |
| revenue's [2] - 16:14; 34:21 revenues [1] - 14:24 | scope [24] - 11:5; 12:8; 22:21; 23:3; 30:4, 7; 31:4; 33:2, 20; | [3] - 33:17; 40:24 [1] - 39:14 | 24:3; 33:9; 43:16, 23; 56:20 specifically [4] - | subject [1] - 51:10 submit [1] - 26:3; 35:14 | 2:4; 4:17; 8:24; 10:2; 32:15, 23 technology [2] - |
| review [2] - 16:11; 27:25 reviewed [1] - 8:4 | 34:6; 35:3, 7, 10, 15-16; 36:3, 6, 20; 43:12, 15; | shading [1] - 29:1 shadow [2] - 24:13; 28:8 | 8:24; 14:11; 38:13; 51:12 specified [2] - | submitted [1] - 26:22 submitting [1] - | 6:4; 10:4 tend [1] - 13:2 term [3] - 22:1, |
| reviewing [1] - 9:5 revised [1] - 35:9 | 50:16 scroll [1] - 50:9 seal [4] - 43:23; | shakes [1] - 26:9 short [1] - 40:19 shorter [1] - 11:3 | 27:11; 44:11 specify [2] - 43:21, 23 | 16:4 subpoena's [1] - 50:2 | 24; 33:1 terminology [1] - 6:7 |
| Richard [1] - 4:22 rid [1] - 55:21 | 44:6; 45:4 search [12] - 24:22; 25:1, | show [3] - 2:5; 9:15; 37:18 Show [1] - 2:5 | specifying [1] - 36:2 spend [2] - 46:14; | subsequently [1] - 10:8 substantially [2] - | terms [42] - 6:1; 9:10; 11:11; 14:6; 17:18; |
| [1] - 45:24 [1] - 34:19 | 3-4, 6; 28:23; 52:22; 53:7; 55:20, 24; 56:2 | side [1] - 54:24 sides [1] - 54:25 | 54:22 spite [1] - 18:4 spoliation [4] - | 10:18; 18:10 substantive [2] - 47:11, 15 | 15:5, 8, 22; 18:18, 24; 23:19, 25; |
| [13] - 13:17; 15:8; 32:10, 14, 16, | searches [1] - 24:24 seated [1] - 19:9 | significant [1] - 24:7 simple [9] - 15:4, | 49:1, 4, 9; 50:18 spread [1] - 2:25 square [1] - 18:11 | suffices [1] - 56:15 sufficient [2] - | 24:22; 25:1, 3-4, 6; 28:23; 29:7, 13, 21-22; |
| 24; 34:17; 37:25; 40:22; 44:15; 45:19 | second [9] - 7:5, 23; 19:8; 20:2; 21:21, 24; | 11; 32:8, 10; 34:17; 37:23; 43:20; 45:25; | stalled [1] - 28:17 stamp [1] - 52:20 stand [1] - 11:18 | 37:18; 38:13 suggest [1] - 26:1 suggested [4] - | 31:20, 22; 32:1, 24; 34:25; 42:20; 46:4; |
| ringing [1] - 13:14 rise [2] - 2:14; 16:10 | 31:20; 44:2; 47:24 section [3] - 3:20, | 56:19 simply [1] - 21:5 single [1] - 10:24 | stands [1] - 57:24 start [4] - 33:6; 39:16; 47:6 | 18:20; 30:6; 34:2 suggestion [1] - | 51:7; 52:23; 55:4, 7, 20, 24; 56:2; 57:10, 14, |
| road [2] - 14:18; 38:1 role [1] - 16:21 | 24; 51:15 sector [2] - 26:7 see [12] - 4:11, 25; | sits [1] - 16:22 situation [1] - 2:12 | started [1] - 47:19 state [3] - 20:18; 44:4 | 56:20 summaries [1] - 10:14 | 17 text [38] - 47:2, 8-9, 11, 13, |
| rolled [1] - 56:12 Rome [3] - 4:19, 22; 55:5 | 7:2, 14; 10:13; 13:7; 17:23; 27:10; 46:6, 13; | six [9] - 25:5; 26:2, 10; 28:13, 23; 29:10; | States [18] - 2:3; 3:13, 15; 9:17; 12:10; 48:23; | summarize [1] - 10:22 summary [3] - | 17-18, 22-23, 25; 48:1, 5-6, 13, 20-21; |
| RPR [1] - 58:11 ruins [1] - 46:12 | 55:12; 57:5 seek [2] - 48:24; 56:22 | 35:20; 41:9; 57:20 six-month [4] - | 58:6, 8 status [1] - 3:1, | 6:7; 11:13; 20:22 summer [1] - 9:7 | 49:12, 15, 17, 19, 23; 50:3, 9, |
| rule [1] - 51:20 ruling [1] - 54:13 run [1] - 27:25 | seeking [1] - 8:25 seem [1] - 43:18 selling [1] - 6:23 | 25:5; 26:2, 10; 29:10 size [2] - 14:16; | 8; 4:21; 26:4; 12; 29:6, 10, 23; 35:22; 57:14, 19 | Sunday [1] - 46:14 sustained [4] - | 15, 17, 21, 23; 51:3, 7, 10, 13, |
| running [1] - 24:24 | | | | | |

Case 1:23-cv-01999-RDB   Document 60-1   Filed 06/14/24   Page 67 of 67
Case 1:23-cv-01999-RDB   Document 23   Filed 10/19/23   Page 67 of 67

67

## Show Cause Hearing 10/17/23

22; 52:3; 56:24
that'd [1] - 36:9
THE [189] - 2:3;
3:14, 16, 19, 23;
4:2, 8, 13, 16,
25; 5:5, 15, 17,
21, 25; 6:10, 15,
18, 21; 7:6, 9,
11, 14, 20; 8:2,
10, 12, 19;
11:22; 12:4, 13,
21; 13:17, 22;
14:1; 15:3, 8,
16, 20; 16:6, 9,
13, 16; 18:16;
19:7, 12; 20:2,
4, 6, 8, 10, 15,
25; 21:8, 15, 17,
21, 24; 22:1, 4,
8, 15, 23; 23:5,
9, 13, 25; 25:5,
8, 15; 26:1, 17,
20, 24; 27:1, 4,
6, 9; 28:2, 6, 13,
19, 22; 29:3, 5,
17, 20; 30:5, 10,
13, 17, 19, 23;
31:7, 12, 15, 18;
32:7, 12; 33:23,
25; 34:7, 9, 13;
35:13; 36:4, 7,
14, 19; 37:1, 4,
10, 15, 18, 22;
38:9, 12, 18, 22,
25; 39:18, 21,
23; 40:1, 3, 7,
12; 41:4, 8, 13;
42:1, 5, 7, 12,
17, 24; 43:5, 9,
13, 15, 18; 44:6,
9, 13, 18; 45:2,
10, 14, 18; 46:8,
10-11, 20-21,
23, 25; 47:3, 5;
48:3, 12, 14, 17;
49:1, 5, 8, 11,
18; 50:19, 21,
24; 51:4, 12, 17;
52:1, 6, 19;
53:22, 25; 54:6,
12, 16, 19; 55:1;
56:7, 11, 14, 17;
57:2, 6
themselves [1] -
3:11
they've [3] -
28:17; 55:6
third [10] - 3:6;
4:5, 7, 24; 6:5;
43:4; 47:17, 23;

50:6
third-party [1] -
6:5
three [32] - 16:21;
17:25; 41:14,
22; 42:3, 8, 10,
13-14, 19-20,
23; 43:3, 8, 11,
15, 20, 23, 25;
44:10, 15, 19,
22, 25; 45:20;
47:9; 49:20, 22
three-billion-
dollar [1] - 16:21
thrust [3] - 9:4;
10:1, 20
timeline [2] -
12:11; 48:19
title [1] - 19:17
today [6] - 6:16;
7:15; 8:7, 17;
15:4; 35:10
today's [1] - 12:13
tomorrow [7] -
31:21; 35:14;
36:2, 12; 57:5, 7
tons [2] - 53:17
tool [1] - 9:20
top [1] - 18:8
topics [1] - 23:16
total [4] - 18:22;
24:1; 42:5
track [1] - 57:15
train [1] - 8:4
tranche [2] -
17:14, 21
tranches [1] -
17:16
transcript [2] -
58:7
transmission [1] -
51:21
trashing [1] - 33:6
tree [1] - 26:9
trial [1] - 29:22
tried [1] - 39:9
true [1] - 58:7
truth [1] - 29:1
try [5] - 11:7;
17:18, 22; 28:7
trying [11] - 13:3;
15:3, 18; 21:21;
28:17; 31:22;
32:18; 34:12;
41:3, 9
turn [1] - 18:14
two [20] - 5:14;
7:24; 10:8;
16:21; 18:19;
23:16; 24:8;

31:16; 34:19;
42:11; 43:3;
44:12, 16,
22-23; 45:5, 23;
46:1; 47:16;
53:14
type [2] - 42:18;
53:5

## U

U.S.C [1] - 58:6
ultimate [1] - 54:8
under [9] - 9:16;
33:4; 34:1;
43:23; 44:6, 13;
45:4
understood [2] -
28:21; 33:24
undertaken [2] -
53:23; 54:1
undisputed [1] -
9:9
unduly [1] - 10:20
United [8] - 2:3;
3:13, 15; 9:16;
12:10; 48:23;
58:5, 8
universe [1] -
42:18
unreasonably [1]
- 10:19
unredacted [1] -
10:8
unwillingness [1]
- 17:1
up [12] - 12:15;
14:2; 24:24;
27:5; 46:14;
48:20; 50:10;
52:15; 56:17, 20
urgency [1] - 9:12
US [1] - 4:10
uses [1] - 30:9
utilized [1] - 9:20

## V

Vaccarella [3] -
3:24; 25:22;
46:15
VACCARELLA [2]
- 4:1, 6
vaccinated [8] -
3:3, 6; 4:3, 6,
13, 23; 5:3
vaccination [3] -
3:1, 8; 4:21
values [1] - 33:7
vehicle [8] - 31:2;

33:15, 19;
40:16, 18;
41:24; 43:6, 8
vehicles [3] -
30:8; 31:3;
39:15
verifying [1] -
6:19
versions [1] -
10:9
versus [1] - 2:4
Victoria [1] - 4:23
view [5] - 9:5;
12:22; 28:22;
52:7; 57:3
Vincent [1] - 3:24
virtually [2] -
17:24; 38:7
volume [1] -
53:21
VP [1] - 27:18

## W

wade [1] - 21:21
wait [3] - 20:2;
54:6; 55:12
wants [2] - 33:21;
48:8
Washington [1] -
4:19
wasted [1] - 17:4
wasting [1] -
34:15
ways [1] - 26:2
wearing [1] - 3:7
week [1] - 2:21
weekends [1] -
46:12
weeks [1] - 24:9
welcome [1] -
3:23
whatsoever [2] -
18:2; 54:18
whoever's [1] -
19:13
whole [1] - 27:7
wife [1] - 46:17
willing [1] - 17:12
winds [1] - 46:13
won [1] - 18:2
words [1] - 53:6
works [1] - 15:17
worn [2] - 2:17;
3:4
worry [2] - 4:9;
8:13
wound [2] - 24:24
writing [1] - 51:22
wrongdoing [1] -

2:11

## Y

year [9] - 8:22;
9:6, 10; 11:10;
25:8, 18; 35:20;
41:14; 50:13
years [3] - 7:12;
41:14; 46:18
yesterday [10] -
3:7; 5:10; 24:7,
12; 26:22; 27:2,
14; 28:5
yielded [1] - 56:1
yourselves [1] -
4:20

## Z

zero [1] - 15:18
Zoom [1] - 57:16

## §

§ [2] - 9:17; 58:6