**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| The United States of America, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:23-CV-01999 |
| v. | : | |
| | : | |
| Carahsoft Technology Corp., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| _____ | : | |

## TWELFTH JOINT STATUS REPORT REGARDING THE PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND NO. 22-498

The United States and Carahsoft jointly file this status report pursuant to the Sealed Letter Order (ECF 24) of this Court that "[t]he parties shall submit joint status reports to the Court every 30 days," starting on December 1, 2023. This is the Twelfth Joint Status Report. The United States' statement is included herein as Attachment A, and Carahsoft's statement is included as Attachment B.

## <u>Attachment A: Statement of the United States</u>

1.      There are no new updates to report at this time regarding Carahsoft's compliance with CID No. 22-498.

2.      After then-Magistrate Judge Adam B. Abelson ruled that certain information was not encompassed in CID No. 22-498 and could be sought through a new Civil Investigative Demand, the United States served CID No. 24-754 on Carahsoft on July 24, 2024. The parties are awaiting the Court's decision, or a hearing, on Carahsoft's Motion to Set Aside CID No. 24-754. The United States has filed a Request for Conference, ECF 86, regarding Carahsoft's motion.

**Attachment B: Statement of Carahsoft Technology Corp.**

1.      Carahsoft agrees with the Government that there are no new updates to report at this time.

2.      On August 13, 2024, Carahsoft filed a motion to set aside the New CID because the New CID is dramatically excessive in scope, duplicative of prior discovery, would be unduly burdensome to respond to, and would unduly delay the investigation, among other reasons.  In the alternative, in its Motion, Carahsoft requested that the scope of the New CID be limited to the four federal agencies that DOJ was previously interested in: Department of Agriculture, Department of Labor, Office of Personnel Management, and the Centers for Disease Control and Prevention. Carahsoft's motion to set aside CID No. 24-754 has been fully briefed and awaits the Court's decision before Carahsoft proceeds with any response to the CID.

December 2, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EREK L. BARRON
United States Attorney

_____/s/_____

MATT HAVEN
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800
Matthew.Haven@usdoj.gov

JAMIE ANN YAVELBERG
SARA McLEAN
SAMSON O. ASIYANBI
VINCENT J. VACCARELLA
Commercial Litigation Branch
United States Department of Justice
175 N Street, N.E., Suite 9.224
Washington, D.C. 20002
(202) 353-1053
(202) 307-0418
Samson.Asiyanbi2@usdoj.gov
Vincent.J.Vaccarella@usdoj.gov

*Counsel for the United States of America*

_____/s/_____

William E. Lawler III
Richard Conway, *Pro Hac Vice*
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 420-2235
Fax: (202 420-2201
william.lawler@blankrome.com
richard.conway@blankrome.com

*Counsel for Carahsoft Technology Corp.*