# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| The United States of America, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:23-CV-01999 |
| v. | : | |
| | : | |
| Carahsoft Technology Corp., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## JOINT STATUS REPORT REGARDING CARAHSOFT'S COMPLIANCE WITH CIVIL INVESTIGATIVE DEMAND NO. 24-754

Pursuant to the Court's order of December 11, 2024, (ECF No. 91), the United States and Carahsoft jointly file this status report regarding their mutual efforts to negotiate the scope of and timeframe for responding to Civil Investigative Demand ("CID") No. 24-754. The parties have exchanged emails, held a telephonic meeting on January 7, 2025, and met in-person on January 8, 2025. The parties agree that the conversations have been productive but need additional time to reach an agreement on the scope of and timeframe for Carahsoft's compliance. Accordingly, the parties propose providing an update to the Court by February 10, 2025.

Dated: January 10, 2025                                              Respectfully submitted,

                                                                  /s/ William E. Lawler
William E. Lawler III
Richard Conway, *Pro Hac Vice*
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 420-2235
Fax: (202 420-2201

william.lawler@blankrome.com
richard.conway@blankrome.com

*Counsel for Carahsoft Technology Corp.*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EREK L. BARRON
United States Attorney

      /s/ Samson Asiyanbi
MATT HAVEN
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800
Matthew.Haven@usdoj.gov

JAMIE ANN YAVELBERG
SARA McLEAN
SAMSON O. ASIYANBI
VINCENT J. VACCARELLA
Commercial Litigation Branch
United States Department of Justice
175 N Street, N.E., Suite 9.224
Washington, D.C. 20002
(202) 353-1053
(202) 307-0418
Samson.Asiyanbi2@usdoj.gov
Vincent.J.Vaccarella@usdoj.gov

*Counsel for the United States of America*