IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Case No. 1:23-cv-01999-RDB |
| **CARAHSOFT TECHNOLOGY CORP.,** | * | |
| *Defendant*. | * | |
| | * | |

\* \* \* \* \* \* \*

## ORDER

Presently pending before the Court is Defendant Carahsoft Technology Corporation's Motion to Seal the Transcript of Proceedings Held on December 10, 2024. (ECF No. 101). The motion is unopposed, and no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2023). As set forth immediately below, Defendant's Motion to Seal shall be GRANTED.

Carahsoft moves to seal the December 10, 2024 transcript on the basis that it "contains highly confidential and sensitive information about Carahsoft and its business partners" which, if made public, "could be very harmful to Carahsoft and its business and impact Carahsoft's ability to retain existing business or secure new business or clients." (ECF No. 101 at 1-2). Carahsoft further argues that this harm "would be particularly unfair and unwarranted because of the very preliminary status of the overall matter." *Id.* at 2. Based on an independent review of the transcript, the Court agrees that it contains confidential and potentially commercially sensitive information which warrants sealing. *Pittston Co. v. United States*, 368 F.3d 385, 406 (4th Cir. 2004) (affirming decision to seal documents containing "confidential, proprietary, and commercially sensitive information"); *see also Maxtena, Inc. v. Marks*, No. DKC 11-0945, 2013 WL 12328065, at *3 (D. Md. Mar. 29, 2013). Redacting portions of the transcript will not be sufficient because it generally

pertains to the details and status of the government's investigation.

    Accordingly, it is hereby ORDERED that Carahsoft Technology Corporation's Motion to Seal the Transcript of Proceedings Held on December 10, 2024, (ECF No. 101), is GRANTED. The transcript, (ECF No. 94), shall be SEALED.

    /s/
J. Mark Coulson
United States Magistrate Judge
March 12, 2025