# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**THE UNITED STATES OF AMERICA**       *

*Plaintiff*,                            *

v.                                      *    Civil Case No. 1:23-cv-01999-RDB

**CARAHSOFT TECHNOLOGY CORP.,**        *

*Defendant*.                            *

                                        *
* * * * * * *

## ORDER

Presently pending before the Court is Defendant Carahsoft Technology Corporation's Motion to Seal the Joint Status Report Filed on January 8, 2026. (ECF No. 133). The motion is unopposed, and no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2023). As set forth immediately below, Defendant's Motion to Seal shall be GRANTED.

Carahsoft moves to seal the parties' January 8, 2026 Status Report, (ECF No. 132), on the basis that it "contains confidential and commercially sensitive information related to Carahsoft and its business partners" as well as "a discussion of the status and the substance of the pending investigation being undertaken by the DOJ." (ECF No. 133 at 2). Based on an independent review of the Joint Status Report, the Court agrees that it contains confidential and potentially commercially sensitive information which warrants sealing. *Pittston Co. v. United States*, 368 F.3d 385, 406 (4th Cir. 2004) (affirming decision to seal documents containing "confidential, proprietary, and commercially sensitive information"); *see also Maxtena, Inc. v. Marks*, No. DKC 11-0945, 2013 WL 12328065, at *3 (D. Md. Mar. 29, 2013). Redacting portions of the Report will not be sufficient because it generally pertains to the details and status of the government's investigation.

Accordingly, it is hereby ORDERED that Carahsoft Technology Corporation's Motion to Seal the Joint Status Report Filed on January 8, 2026, (ECF No. 133), is GRANTED. The Joint Status Report, (ECF No. 132), shall remain SEALED.

/s/
J. Mark Coulson
United States Magistrate Judge
January 22, 2026